APRIL L. HOLLINGSWORTH (Bar No. 9391)
ASHLEY F. LEONARD (Bar No. 14899)
**HOLLINGSWORTH LAW OFFICE, LLC**
1115 South 900 East
Salt Lake City, Utah 84105
Telephone: 801-415-9909
Fax: 801-303-7324

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **JUDITH PINBOROUGH ZIMMERMAN, Ph.D.,**<br>    Plaintiff,<br><br>vs.<br><br>**UNIVERSITY OF UTAH**,<br><br>    Defendant. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF**<br><br>Civ. No. 2:13-cv-01131-PMW<br>Magistrate Judge Dustin B. Pead<br>Judge Clark Waddoups |

Please take Notice that APRIL L. HOLLINGSWORTH, of HOLLINGSWORTH LAW OFFICE, LLC, hereby enters her appearance as counsel for Plaintiff Judy Zimmerman ("Ms. Zimmerman"). Please direct copies of all correspondence, pleadings, and communications to her as co-counsel at the following address:

> APRIL L. HOLLINGSWORTH (Bar. No. 9391)
> **HOLLINGSWORTH LAW OFFICE, LLC**
> 1115 South 900 East
> Salt Lake City, Utah 84105
> Telephone: 801-415-9909
> april@aprilhollingsworthlaw.com

The undersigned hereby withdraws as counsel for Ms. Zimmerman in the above-entitled case. Notice of the substitution of the above-named counsel has been given to Ms. Zimmerman and counsel for Ms. Zimmerman, and no person objects to the substitution and withdrawal.

| | |
|---|---|
| Kimberley Hansen<br>PARSONS KINGHORN HARRIS<br>A Professional Corporation<br>111 East Broadway, 11th Floor<br>Salt Lake City, Utah 84111 | Lisa R. Petersen<br>MICHAEL BEST & FRIEDRICH<br>6995 Union Park Center, Ste. 100<br>Salt Lake City, UT 84047 |
| SIGNATURE:  _Kim Hansen_____<br>(signed by filing attorney with permission) | SIGNATURE:__Lisa Peterson_____<br>(signed by filing attorney with permission) |

DATED this 10th day of September, 2014.

                                              **HOLLINGSWORTH LAW OFFICE, LLC**

                                              /s/ April Hollingsworth_____<br>                                              April L. Hollingsworth<br>                                              Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2014, I caused the foregoing

**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF** to be served by electronic

mail to the following:

>YVETTE DONOSSO (8667)
>Assistant Utah Attorney General
>SEAN D. REYES (7969)
>Utah Attorney General
>160 East 300 South, Sixth Floor
>P.O. Box 140856
>Salt Lake City, UT 84114-0856
>Telephone: (801) 366-0100
>Email: ydonosso@utah.gov


/s/ April L. Hollingsworth