# EXHIBIT E

Invoice

# The Litigation Document Group

DBA: Orange Legal Technologies
30 East Broadway, Suite 300
Salt Lake City, UT 84111
(801) 328-4566

FED ID # 20-4165266

# INVOICE

| Date | Invoice # |
|---|---|
| 8/31/2015 | 20671 |

| Bill To | Ship To |
|---|---|
| Utah Attorney General<br>Attn: Yvette Donosso<br>160 East 300 South, #500<br>P.O. Box 140857<br>Salt Lake City, Utah 84114-0857 | Utah Attorney General<br>Attn: Yvette Donosso<br>160 East 300 South, #500<br>P.O. Box 140857<br>Salt Lake City, UT 84114-0857 |

| OLT Job # | Client Matter # | Due Date | Terms | Account Manager |
|---|---|---|---|---|
| 01676 | Zimmerman | 9/30/2015 | Net 30 | TS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | For Services Provided - August 2015 | | |
| 332.95 | Attorney Review per hour -<br>Ann Bishop - 41.66 hrs.<br>Brian Jones - 56 hrs.<br>Colt Salter - 51 hrs.<br>James Jensen - 47.5 hrs.<br>Janey Conway - 68.05 hrs.<br>Matt Mower - 31.91 hrs.<br>Stephanie Miya - 36.83 hrs. | 45.00 | 14,982.75 |
| 35.852 | Attorney Review Manager -<br>David Lott - 35.852 hrs. | 75.00 | 2,688.90 |

OKAY TO PAY IF NOT PREVIOUSLY PAID
SIGNATURE *Yvette Dnsso*
DATE 09-21-2015

79725-001
J. Christensen

By signing below, you agree that the items listed above and originals have been delivered.

Signature: _____
Date: _____

The requesting party named on this invoice is ultimately responsible for payment, regardless of whether it is passed along to a third party.

| | |
|---|---|
| Subtotal | $17,671.65 |
| Sales Tax | $0.00 |
| Total | $17,671.65 |
| Payments/Credits | $0.00 |
| Balance Due | $17,671.65 |

___ Mailed  ✓ Emailed  ✓ Scanned
Date 09/21/15  Initials mlw