## contract with education

Judith Zimmerman
**Sent:** Tuesday, December 04, 2012 2:43 PM
**To:** Jeff Botkin

Just an FYI. My liaison at the Utah State Office of Education, Dr. Jocelyn Taylor has indicated that they do not have a contractual agreement with Dr. McMahon.

Judith Pinborough Zimmerman, Ph.D.
Assistant Professor
University of Utah Department of Psychiatry
Director, Utah Registry of Autism and Developmental Disabilities
650 Komas, Suite 206
Salt Lake City, Utah 84108
801 585-7576 (office)
801 585-5723 (fax)
website: www.utahautismregistry.com

JPZ 000492