| | |
|---|---|
| **From:** | William McMahon </O=UMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=U0030802> |
| **Sent:** | Friday, March 1, 2013 4:10 PM |
| **To:** | MISTY HITESMAN <misty.hitesman@osp.utah.edu> |
| **Subject:** | RE: DD10-1002-685-03:Budget Official Name and Contact Information |

OK-right away

**From:** MISTY HITESMAN
**Sent:** Friday, March 01, 2013 4:10 PM
**To:** William McMahon
**Subject:** RE: DD10-1002-685-03:Budget Official Name and Contact Information

Hi

I just took a look at the email you sent with your CV and I only see your CV.  Could you send me the CVs for Bilder and Bakian?  Sorry if I have missed this but I do not see anything in my inbox.

Thanks, Misty

**From:** William McMahon
**Sent:** Thursday, February 28, 2013 9:07 PM
**To:** MISTY HITESMAN; Brent Brown
**Cc:** Scott Smith
**Subject:** RE: DD10-1002-685-03:Budget Official Name and Contact Information

Misty,
Attached is my text that has been reviewed and edited by Scott Smith.  Please change the voice from first person, "I", to third person "Dr. McMahon" if you think that is appropriate.  I am available for phone conversation most of the day tomorrow.

Also attached is today's update of my CV.  Please discard the one I sent yesterday.

Thanks
Bill

**From:** MISTY HITESMAN
**Sent:** Thursday, February 28, 2013 12:40 PM
**To:** William McMahon; Brent Brown
**Subject:** RE: DD10-1002-685-03:Budget Official Name and Contact Information

Dear Dr. McMahon and Brent:

Attached is the instructions from CDC on how to request a change of PI.  Below is a draft letter that I have created based on these instructions; however,  I am not sure how and if the U wants to address the paragraph highlighted in yellow.

Please let me know what information you both would like included in paragraph two and I will then create finalize the letter.

Thank You, Misty

ZIMMER PRD 012570

DRAFT

February 28, 2013


Attn: Ferrinnia Augustus-High, Grants Management Specialist
Procurement and Grants Office
2920 Brandywine Road, Mail Stop E-09
Atlanta, GA 30341

Re: Cooperative Agreement Award No. DD10-1002-685
Request Change in Principal Investigator


Dear Ms. Augustus-High:

This letter is to request approval for a change in the key personnel for the cooperative agreement listed above.

<<Insert brief paragraph indicating reason for the change in personnel or a statement of bona-fide need, who the new Principal Investigator is replacing, and some expertise highlights indicating how the change will benefit the programs funded under the cooperative agreement. >>

As requested in the award guidelines, a copy of his CV is attached for the record. We look forward to your response.

If you have any questions regarding this request, please feel free to contact Brent K. Brown at 801.581.8949 or brent.brown@osp.utah.edu


Sincerely,                                                                              Sincerely,



Brent K. Brown                                                                      William McMahon, M.D.
Director, Office of Sponsored Projects                             Project Director


---

**From:** Augustus-High, Ferrinnia (CDC/OCOO/PGO) (CTR) [mailto:wef9@cdc.gov]
**Sent:** Wednesday, February 27, 2013 3:14 PM
**To:** MISTY HITESMAN; Brent Brown
**Cc:** Washington, Anita (CDC/ONDIEH/NCBDDD); Laura Howat; Sims, Tracey (CDC/OCOO/PGO)
**Subject:** DD10-1002-685-03:Budget Official Name and Contact Information
**Importance:** High

Hello All:

It's been brought to my attention that there has been a change within your organization that affects the current cooperative agreement.

According to the attached letter, it appears that Ms. Judith Zimmerman will no longer serve as the Principal Investigator (PI) for this agreement.   I am writing to inquire whom from your organization will now take on that role and responsibility to continue the referenced grant award?  As principal investigator, Dr. Zimmerman was responsible for the overall function of the grant project, public awareness teaching, clinical case review, and data analysis. Dr. Zimmerman had extensive experience working with children with special health care needs, including autism spectrum disorders and cognitive impairment. Her experience leading the 2002 and 2008 study years was helpful to this current project, both in terms of administrative and community involvement.

ZIMMER PRD 012571

With that being said, please send in a request on letterhead of a Key Personnel change signed by (2) authorized Business Official.  The request will need to be accompanied with the new PI's resume for approval.

Also, be aware that we are in the non- competing continuing application process for Year-04 which is **due by March 05, 2013**; so time is of the essence.  I have included in this email the Interim Progress Report (IPR) instructions for your use.

If you have any questions, feel free to contact me or your Project Officer, Ms. Anita Washington.

Thanks,
Toni
**Ferrinnia (Toni) Augustus-High**
Grant Management Specialist - Contractor
North American Management
Centers for Disease Control and Prevention
Procurement and Grants Office – Branch III
2920 Brandywine Rd., MS#E-09
Atlanta, GA  30341
P: 770.488.2906
F: 770.488.2778
wef9@cdc.gov

**Teleworking day:  Wednesdays – call 678-860-9886**

ATTENTION ALL GRANTEES: PLEASE PLACE YOUR FUNDING OPPORTUNITY NUMBER, AWARD NUMBER, GRANTEE NAME AND ACTION REQUEST IN THE SUBJECT OF YOUR EMAIL.  THIS WILL ALLOW ME TO RETRIEVE, REVIEW AND PROCESS YOUR ACTIONS MORE QUICKLY AND PROVIDE BETTER CUSTOMER SERVICE.

---

**From:** Washington, Anita (CDC/ONDIEH/NCBDDD)
**Sent:** Wednesday, February 27, 2013 4:28 PM
**To:** Augustus-High, Ferrinnia (CDC/OCOO/PGO) (CTR)
**Subject:** RE: DD10-1002-685:Budget Official Name and Contact Information

Hi Toni,
Please send your letter to the following individuals:
Misty Hitesman (Sponsored Projects Officer): misty.hitesman@osp.utah.edu, 801-585-5707
Brent Brown (Director, Office of Sponsored Projects): brent.brown@osp.utah.edu, 801-581-3003
Laura Howat (Controller): laura.howat@admin.utah.edu, 801-581-5077

Thanks,
Anita