APRIL L. HOLLINGSWORTH (Bar No. 9391)
ASHLEY LEONARD (Bar No. 14899)
**HOLLINGSWORTH LAW OFFICE, LLC**
1115 South 900 East
Salt Lake City, Utah 84105
Telephone: 801-415-9909
april@aprilhollingsworthlaw.com
ashley@aprilhollingsworthlaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **JUDITH PINBOROUGH ZIMMERMAN, Ph. D.,**<br><br>Plaintiff,<br><br>vs.<br><br>**THE UNIVERSITY OF UTAH,** and **WILLIAM MCMAHON,** in his official and individual capacities,<br><br>Defendants. | **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 2:13-cv-1131<br>Judge Jill Parrish<br>Magistrate Judge Brooke Wells |

Plaintiff Judith Pinborough Zimmerman, Ph.D. ("Dr. Zimmerman"), by and through her attorneys, submits this Notice of Supplemental Authority in Support of Dr. Zimmerman's Opposition to Defendants' Motion for Summary Judgment, pursuant to DUCivR 7-1(b)(4).

On May 23, 2016, after oral argument in *Zimmerman v. the University of Utah*, case no. 2:13-cv-1131, the Supreme Court of the United States issued its decision in *Green v. Brennan*, No. 14-613, --- S. Ct. ---, 2016 WL 2945236 (May 23, 2016). The *Green* decision is significant and pertinent to the timeliness of Dr. Zimmerman's Utah Protection of Public Employees Act

1

("Whistleblower") cause of action and the "standard rule" of when statute of limitations periods commences. *See* 2016 WL 2945236 at \*\*5-6. This argument was discussed and analyzed in Dr. Zimmerman's Memorandum in Opposition to Defendants' Motion for Summary Judgment at dock. no. 53 at 49-50 and at the April 4, 2016, hearing on the matter. Because the timeliness and statute of limitations of Dr. Zimmerman's Whistleblower cause of action is similar to the issue decided in *Green*, this notice is hereby given to the Court and opposing counsel in consideration on summary judgment.

Dated this 23rd day of May, 2016.

**HOLLINGSWORTH LAW OFFICE, LLC**

_/s/ Ashley F. Leonard_____
Ashley F. Leonard
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** has been served via the court's CM/ECF system, on this 23rd day of May, 2016, to the following:

YVETTE DONOSSO (8667)
JEFFREY ROBINSON (4129)
Assistant Utah Attorneys General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
(801) 366-0100
ydonosso@utah.gov
jeffreyrobinson@utah.gov

/s/Ashley F. Leonard
Ashley F. Leonard