# P | K | H

## PARSONS KINGHORN HARRIS

### A PROFESSIONAL CORPORATION

| Phone 801 363 4300<br>Fax 801 363 4378 | **ATTORNEYS AT LAW**<br>www.pkhlawyers.com | 111 East Broadway, 11th Floor<br>Salt Lake City, Utah 84111 |
|---|---|---|

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

University of Utah

Page:  1
October 09, 2012
Client No:  76071-01H
Statement No:      235839

|  |  | Hours |  |
|---|---|---|---|
| 09/24/2012<br>LRP | Conference with. client regarding: status and potential meeting with Dean Li. | 0.30 | 79.50 |
| 09/27/2012<br>LRP | Listen to VMM from P. Vetter; Email to client regarding: potential meeting with Dean Lee and P. Vetter. | 0.30 | 79.50 |
| 09/28/2012<br>LRP | Conference with. P. Vetter regarding: claims and regarding: meeting with Dean Li; conference with. client regarding: same. | 0.60 | 159.00 |
| | For Current Services Rendered | 1.20 | 318.00 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| Lisa R. Petersen | 1.20 |

Total Current Work                                     318.00

# P | K | H

## PARSONS KINGHORN HARRIS

### A PROFESSIONAL CORPORATION

Phone 801 363 4300
Fax 801 363 4378

**ATTORNEYS AT LAW**
www.pkhlawyers.com

111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

University of Utah

Page: 1
November 15, 2012
Client No:  76071-01R
Statement No:     237060

|  | | Hours | |
|---|---|---|---|
| **10/01/2012** LRP | Schedule meeting with client, P. Vetter, and Dean Li.  Review letter from client regarding: USOE and grants. | 0.30 | 79.50 |
| **10/02/2012** LRP | Conference with. client regarding: meeting at U of U; review emails regarding: same. | 0.30 | 79.50 |
| **10/03/2012** LRP | Meet with client; prep for meeting with U of U. | 0.80 | 212.00 |
| **10/04/2012** LRP | Meeting with client and Dean Li and P. Vetter at U of U regarding: strategy; conference with. and emails with client and P. Vetter regarding: same. | 2.50 | 662.50 |
| **10/09/2012** LRP | Review emails from client; emails to P. Vetter regarding: status. | 0.50 | 132.50 |
| **10/11/2012** LRP | Review and respond to emails and documents from client; emails of General Counsel's office regarding: same. | 0.40 | 106.00 |
| **10/12/2012** LRP | Review emails from client. | 0.20 | 53.00 |
| **10/17/2012** LRP | Review emails and documents from client and respond to same; email to P. Vetter regarding: status. | 0.80 | 212.00 |
| **10/23/2012** LRP | Emails with client regarding: status of | | |

Page: 2
November 15, 2012
Client No:  76071-01R
Statement No:    237060

Judy Zimmerman

University of Utah

|  |  | Hours |  |
|---|---|---|---|
| | resolution with U of U. | 0.20 | 53.00 |
| 10/25/2012<br>LRP | Emails with client and P. Vetter regarding:<br>status of resolution. | 0.40 | 106.00 |
| 10/29/2012<br>LRP | Meet with client regarding status and<br>strategy; send email regarding: same. | 0.70 | 185.50 |
| 10/31/2012<br>LRP | Review and respond to emails from client<br>regarding: status. | 0.30 | 79.50 |
| | For Current Services Rendered | 7.40 | 1,961.00 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| Lisa R. Petersen | 7.40 |

| 10/05/2012 | Cost advance - Wells Fargo Remittance Center -<br>U of U Visitor Parking | 4.00 |
|---|---|---|
| | Total Advances | 4.00 |
| | Total Current Work | 1,965.00 |

# P | K | H

## PARSONS KINGHORN HARRIS

### A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| Phone 801 363 4300<br>Fax 801 363 4378 | **ATTORNEYS AT LAW**<br>www.pkhlawyers.com | 111 East Broadway, 11th Floor<br>Salt Lake City, Utah 84111 |

```
                                                    Page:  1
                                          December 01, 2012
Judy Zimmerman                           Client No:  76071-01M
3516 Millbrook Dr.                       Statement No:    237499
Salt Lake City  UT  84106

University of Utah
```

| Date | | Description | Hours | |
|---|---|---|---|---|
| 11/01/2012 | LRP | Conference with. P. Vetter regarding: status of negotiations and investigations; conference with. client regarding: same. | 0.60 | 159.00 |
| 11/02/2012 | LRP | Emails with client regarding: draft letter to U of U. | 0.20 | 53.00 |
| 11/07/2012 | LRP | Draft letter to P. Vetter; emails with client regarding: same. | 1.00 | 265.00 |
| 11/08/2012 | LRP | Finalize and send letter to P. Vetter; review email from client and incorporate comments regarding: same. | 0.30 | 79.50 |
| 11/27/2012 | LRP | Conference with. client; messages with Liz Winter regarding: status. | 0.90 | 238.50 |
| 11/28/2012 | LRP | messages with Liz Winter | 0.10 | 26.50 |
| | | For Current Services Rendered | 3.10 | 821.50 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| Lisa R. Petersen | 3.10 |

| | |
|---|---|
| Photocopy expense. | 0.40 |
| Postage. | 0.45 |
| **Total Expenses Thru 11/30/2012** | 0.85 |

Page: 2
December 01, 2012
Client No: 76071-01M
Statement No:     237499

Judy Zimmerman

University of Utah

Total Current Work                                      822.35

Previous Balance                                    $1,283.00

11/19/2012   Payment - check # 6544.                  -1,283.00

Balance Due                                          $822.35

The information contained in this statement is privileged information intended only for the recipient. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.  Federal Tax ID #87-0494776.

# P | K | H

## PARSONS KINGHORN HARRIS

### A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| Phone 801 363 4300<br>Fax 801 363 4378 | **ATTORNEYS AT LAW**<br>www.pkhlawyers.com | 111 East Broadway, 11th Floor<br>Salt Lake City, Utah 84111 |

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City   UT   84106

University of Utah

Page: 1
January 01, 2013
Client No: 76071-01M
Statement No:     238637

| Date | | Description | Hours | |
|---|---|---|---|---|
| 12/04/2012 | LRP | Emails/conf with client and UDOE regarding: status of information and dissemination and complaints; emails regarding: same. | 0.70 | 185.50 |
| 12/05/2012 | LRP | Review emails; begin draft letter to P. Vetter. | 0.30 | 79.50 |
| 12/07/2012 | LRP | Draft and send letter to P. Vetter regarding: outstanding issues; emails and conference with. client regarding: same. | 1.10 | 291.50 |
| 12/11/2012 | LRP | Review termination letter; emails with client; email to P. Vetter regarding: retaliation claim. | 0.70 | 185.50 |
| 12/12/2012 | LRP | Conference with client regarding: civil rights and privacy complaints; conference with. MDD regarding: preparation of same. | 0.20 | 53.00 |
| 12/13/2012 | MDD | Strategize with L. Peterson regarding Complaint to OCR regarding Privacy Rule violations by McMahon University; Review correspondence from University General Counsel regarding same; begin drafting OCR Complaint statement. | 0.80 | 148.00 |
| | LRP | Conference with MDD regarding: OCR and other complaints; conference with. client regarding: retaliation claim and reporting; messages with Van Fleet. | 1.10 | 291.50 |
| 12/14/2012 | MDD | Strategize with L. Peterson regarding | | |

Page: 2
January 01, 2013
Client No: 76071-01M
Statement No:      238637

Judy Zimmerman

University of Utah

|  | | | Hours | |
|---|---|---|---|---|
| | LRP | response to General Counsel and next steps.<br>Meet with MDD regarding: OCR claim; review<br>same; conf. with client and Van Fleet. | 0.20<br><br>1.00 | 37.00<br><br>265.00 |
| 12/15/2012<br>LRP | | Review and respond to client emails<br>regarding: status and strategy. | 0.50 | 132.50 |
| 12/17/2012<br>MDD | | Draft Complaint statement detailing privacy<br>rule violations; prepare OCR From; confer<br>with L. Peterson regarding same.  Prepare<br>email correspondence to J. Zimmerman<br>regarding draft Complaint statement. | 2.20 | 407.00 |
| | LRP | Review and comment on draft OCR and other<br>complaints; conference with. MDD regarding:<br>same and respond to client emails<br>regarding:  same. | 1.00 | 265.00 |
| 12/18/2012<br>MDD | | Conference with L. Peterson regarding FERPA<br>Complaint; legal research regarding<br>complaint requirements; prepare complaint;<br>prepare email correspondence to J.<br>Zimmerman regarding same; revise and<br>finalize same. | 1.90 | 351.50 |
| | LRP | Review and finalize OCR complaint;<br>conference with client and MDD regarding:<br>same. | 1.70 | 450.50 |
| 12/19/2012<br>MDD | | Research regarding grievance; conference<br>with L. Peterson regarding same; Prepare<br>Grievance; prepare email correspondence to<br>University Vice-Presidents and involved<br>persons regarding formal grievance; revise<br>and finalize same; telephone call to J.<br>Zimmerman regarding grievance. | 2.10 | 388.50 |
| | | For Current Services Rendered | 15.50 | 3,531.50 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| Melyssa Davidson | 7.20 |
| Lisa R. Petersen | 8.30 |

Judy Zimmerman

University of Utah

Photocopy expense.                                          9.00
Postage.                                                    2.70
Total Expenses Thru 12/31/2012                            11.70

The information contained in this statement is privileged
information intended only for the recipient.  If you are not
the intended recipient, any dissemination, distribution, or
copying is strictly prohibited.  Federal Tax ID #87-0494776.

# P | K | H

### PARSONS KINGHORN HARRIS

#### A PROFESSIONAL CORPORATION

| Phone 801 363 4300<br>Fax 801 363 4378 | **ATTORNEYS AT LAW**<br>www.pkhlawyers.com | 111 East Broadway, 11th Floor<br>Salt Lake City, Utah 84111 |
|---|---|---|

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

University of Utah

Page: 1
February 01, 2013
Client No: 76071-01M
Statement No:     239287

|  |  | Hours |  |
|---|---|---|---|
| 01/08/2013<br>LRP | Review and respond to emails from client regarding: status; review documents regarding: same. | 0.50 | 135.00 |
| 01/11/2013<br>LRP | Client conference call regarding: status and regarding: West Jordan District issues. | 0.50 | 135.00 |
| 01/15/2013<br>LRP | Review and respond to emails from client regarding: West Jordan District; conference with with West Jordan District regarding: concerns of FERPA violations. | 0.90 | 243.00 |
| 01/22/2013<br>LRP | Conference with. Blake Ostler regarding: FERPA and grant issues with West Jordan district; email to client regarding: same. | 0.90 | 243.00 |
|  | For Current Services Rendered | 2.80 | 756.00 |

### Recapitulation

| Timekeeper | Hours |
|---|---|
| Lisa R. Petersen | 2.80 |

Total Current Work                                              756.00

# P | K | H

## PARSONS KINGHORN HARRIS

### A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| Phone 801 363 4300<br>Fax 801 363 4378 | **ATTORNEYS AT LAW**<br>www.pkhlawyers.com | 111 East Broadway, 11th Floor<br>Salt Lake City, Utah 84111 |

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

University of Utah

Page: 1
March 01, 2013
Client No:  76071-01M
Statement No:     239943

| | | Hours | |
|---|---|---|---|
| **02/14/2013**<br>LRP | Review emails from client regarding: status of grants and access to information. | 0.20 | 54.00 |
| **02/15/2013**<br>LRP | Conference with. client regarding: status of grant response and termination of contract. | 0.20 | 54.00 |
| **02/19/2013**<br>LRP | Conference with client; call B. Ostler; begin revise/draft letters. | 1.00 | 270.00 |
| **02/21/2013**<br>LRP | Review, edit, finalize letters to health and education depts, send to client for review and send out. | 2.00 | 540.00 |
| **02/22/2013**<br>LRP | Review, revise, and finalize letter to CDC; send same to client for review; send out. | 0.90 | 243.00 |
| **02/25/2013**<br>LRP | Revise and send CDC letter; emails with client regarding: same. | 0.20 | 54.00 |
| **02/26/2013**<br>LRP | Review and respond to email and voice mail message from client regarding: denial of access to grant data and removal from department. | 0.40 | 108.00 |
| **02/27/2013**<br>BKH | Confer with Ms. Petersen regarding EEOC complaint of discrimination; research EEOC and UALD procedures for filing discrimination charges; contact UALD to inquire about process of transferring | | |

Page: 2
March 01, 2013

Judy Zimmerman

Client No:  76071-01M
Statement No:    239943

University of Utah

|  |  | Hours |  |
|---|---|---|---|
|  | complaints to EEOC for handling [left message]. | 1.20 | 150.00 |
| LRP | Review emails and correspondence from client and U of U; send response to same. | 0.90 | 243.00 |

02/28/2013
BKH       Attempt to contact UALD to follow-up on
          prior voice mail message; email
          correspondence with Ms. Petersen  regarding
          same.                                                    0.20        25.00

          For Current Services Rendered                           7.20     1,741.00

                          Recapitulation
          Timekeeper                              Hours
          Lisa R. Petersen                         5.80
          Bonnie Hamp                              1.40

          Photocopy expense.                                                 1.00
          Postage.                                                           1.84
          Total Expenses Thru 02/28/2013                                     2.84

          Total Current Work                                             1,743.84

The information contained in this statement is privileged
information intended only for the recipient.  If you are not
the intended recipient, any dissemination, distribution, or
copying is strictly prohibited.  Federal Tax ID #87-0494776.

# P | K | H

## PARSONS KINGHORN HARRIS

### A PROFESSIONAL CORPORATION

Phone 801 363 4300
Fax 801 363 4378

**ATTORNEYS AT LAW**
www.pkhlawyers.com

111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

Page: 1
May 01, 2013
Client No: 76071-01M
Statement No:     241500

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

University of Utah

|  |  | Hours |  |
|---|---|---|---|
| 03/01/2013 LRP | Conf with B. Hamp regarding: procedure for claim filing. | 0.20 | 54.00 |
| 03/04/2013 LRP | Conference with. client; review and edit and respond to draft emails. | 0.70 | 189.00 |
| 03/05/2013 LRP | Review and respond to client emails. | 0.50 | 135.00 |
| 03/06/2013 LRP | Conference with. Bureau of Investigations and client regarding: documents and retention; prepare EEOC charge; conference with. client regarding: same. | 1.20 | 324.00 |
| 03/07/2013 BKH | Review correspondence and complaint submitted to University office and prepare draft complaint letter to EEOC for Ms. Petersen's review. | 2.00 | 250.00 |
| LRP | Review and respond to emails regarding documents and communications with University faculty. | 0.30 | 81.00 |
| 03/08/2013 LRP | Review and respond to client emails; conference with. B. Hamp regarding: EEOC letter. | 0.20 | 54.00 |
| 03/11/2013 LRP | Review and respond to emails from client; conference with. B. Hamp regarding: EEOC letter. | 0.30 | 81.00 |
| 03/12/2013 LRP | Review and respond to emails regarding: |  |  |

Judy Zimmerman

May 01, 2013
Client No:  76071-01M
Statement No:    241500

University of Utah

| | | Hours | |
|---|---|---|---|
| | URADD data access and completing grants. | 0.30 | 81.00 |
| 03/14/2013 | | | |
| LRP | Review and respond to emails from client regarding: grant response. | 0.10 | 27.00 |
| 03/18/2013 | | | |
| LRP | Review and comment on response to McMahon demand for meeting. | 0.30 | 81.00 |
| 03/19/2013 | | | |
| LRP | Conference with. client regarding: status of response and meeting. | 0.30 | 81.00 |
| 03/20/2013 | | | |
| LRP | Review and respond to email from S. Smith regarding: files and Utah Bureau of Investigation; messages with Det. Van Fleet; communicate with client regarding: same. | 0.80 | 216.00 |
| 03/21/2013 | | | |
| MDD | Review and comment on correspondence to S. Smith regarding turnover of confidential patient information to investigators; strategize with L. Petersen regarding same. | 0.30 | 58.50 |
| LRP | Emails with client regarding: document issue and status of grant work. | 0.20 | 54.00 |
| 03/26/2013 | | | |
| LRP | Emails regarding: status. | 0.20 | 54.00 |
| 03/27/2013 | | | |
| LRP | Conference with. client regarding: status of documents and CDC grant work. | 0.30 | 81.00 |
| 03/29/2013 | | | |
| LRP | Emails with client regarding: communications with CDC. | 0.20 | 54.00 |
| 04/22/2013 | | | |
| LRP | Review and respond to emails regarding: EEOC filing. | 0.20 | 54.00 |
| 04/23/2013 | | | |
| BKH | Review draft letter and edits of Dr. Zimmerman; confer with Ms. Petersen regarding same; prepare comparison redline-version for Ms. Petersen's review. | 0.20 | 25.00 |

Page: 3
May 01, 2013

Judy Zimmerman

Client No: 76071-01M
Statement No:    241500

University of Utah

|  |  | Hours |  |
|---|---|---|---|
| 04/25/2013 | | | |
| LRP | Emails with client regarding: EEOC complaint; review and revise draft same. | 0.20 | 54.00 |
| 04/26/2013 | | | |
| LRP | Revise and finalize EEOC letter; conference with. B. Hamp and client regarding: same. | 0.40 | 108.00 |
| | For Current Services Rendered | 9.40 | 2,196.50 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| Melyssa Davidson | 0.30 |
| Lisa R. Petersen | 6.90 |
| Bonnie Hamp | 2.20 |

Total Current Work                                      2,196.50

The information contained in this statement is privileged information intended only for the recipient. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. Federal Tax ID #87-0494776.



Cohne | Kinghorn

| Phone 801 363 4300 | ATTORNEYS AT LAW | 111 East Broadway, 11th Floor |
| Fax 801 363 4378 | www.CohneKinghorn.com | Salt Lake City, Utah 84111 |

Page: 1
June 01, 2013
Client No: 76071-01M
Statement No: 242946

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

University of Utah

|  |  | Hours |  |
|---|---|---|---|
| 05/01/2013 LRP | Review and respond to client emails regarding: EEOC letter and CDC communications. | 0.20 | 54.00 |
| 05/13/2013 LRP | Review and finalize EEOC charge; conference with. client regarding: same. | 0.50 | 135.00 |
| 05/17/2013 LRP | Conference with. client regarding: status and EEOC and HHS. | 0.70 | 189.00 |
| 05/20/2013 LRP | CAll client; finalize EEOC document; conference with. with HHS regarding: retaliation. | 1.00 | 270.00 |
| 05/21/2013 LRP | Review and revise retaliation complaint with HHS; conference with. client regarding: same. | 0.70 | 189.00 |
| 05/22/2013 LRP | Conference with. client regarding: S. SMith letter; review response to same. | 0.50 | 135.00 |
| 05/24/2013 LRP | Emails with client regarding: status and communications. | 0.20 | 54.00 |
| 05/28/2013 LRP | Review emails from client; respond to same and begin prep response to HHS and privacy | | |

Judy Zimmerman

University of Utah

|  | Hours |  |
|---|---|---|
| concerns; review EEOC charge. | 0.50 | 135.00 |
| For Current Services Rendered | 4.30 | 1,161.00 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| Lisa R. Petersen | 4.30 |

Expenses

| Postage | 5.05 |
|---|---|
| Total Expenses Thru 05/31/2013 | 5.05 |

| Total Current Work | 1,166.05 |
|---|---|

The information contained in this statement is privileged
information intended only for the recipient.  If you are not
the intended recipient, any dissemination, distribution, or
copying is strictly prohibited.  Federal Tax ID #87-0494776.

# P | K | H

### PARSONS KINGHORN HARRIS

#### A PROFESSIONAL CORPORATION

| Phone 801 363 4300 | **ATTORNEYS AT LAW** | 111 East Broadway, 11th Floor |
|---|---|---|
| Fax 801 363 4378 | www.pkhlawyers.com | Salt Lake City, Utah 84111 |

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

University of Utah

Page: 1
July 01, 2013
Client No:  76071-01M
Statement No:     243254

|  |  | Hours |  |
|---|---|---|---|
| **06/05/2013** | | | |
| LRP | Conference with client regarding: status and letter to privacy office; review same. | 0.50 | 135.00 |
| **06/07/2013** | | | |
| BKH | Review email correspondence, letters to counsel for the University of Utah, and grievances made by Dr. Zimmerman; prepare draft response to Stephanie Argoitia's request for additional information to aid in her investigation for Ms. Petersen's review. | 1.20 | 150.00 |
| LRP | Review and revise draft letter to U privacy office; conference with client and BHamp regarding: same. | 0.30 | 81.00 |
| **06/10/2013** | | | |
| KH | Conference with L. Petersen regarding response letter to S. Argoitia. Begin reviewing prior correspondence and revising response letter. | 0.60 | 114.00 |
| LRP | Review emails from client regarding: HHS and respond to same. | 0.30 | 81.00 |
| **06/11/2013** | | | |
| KH | Drafting response letter to S. Argoitia. | 1.40 | 266.00 |
| **06/12/2013** | | | |
| KH | Edit and revise letter to S. Argoitia. Correspondence with J. Zimmerman regarding same. Review enclosures. | 0.70 | 133.00 |
| LRP | Review draft response to U privacy office; conference with K. Hansen regarding: same; finalize same. | 0.90 | 243.00 |
| **06/21/2013** | | | |
| LRP | Emails with client regarding: GRAMA request; conference with B. Hamp regarding: | | |

Judy Zimmerman

University of Utah

Page: 2
July 01, 2013
Client No:  76071-01M
Statement No:     243254

|  | | Hours | |
|---|---|---|---|
| same. | | 0.60 | 162.00 |

06/24/2013
BKH   Confer with Ms. Petersen regarding GRAMA
request; research SLC Police Dept.
requirements regarding request for police
report; telephone conference with Ms.
Zimmerman for detail regarding incident;
obtain copy of University Police Dept's.
GRAMA request; email transmittal to Ms.
Zimmerman.                                            0.30        37.50
LRP   Conference with B. Hamp regarding: GRAMA        0.50       135.00
request.

06/27/2013
LRP   Emails with client regarding: status;
review GRAMA request; conf. with B. Hamp
regarding: same.                                      0.40       108.00

For Current Services Rendered                         7.70     1,645.50

Recapitulation

| Timekeeper | Hours |
|---|---|
| Lisa R. Petersen | 3.50 |
| Kim Hansen | 2.70 |
| Bonnie Hamp | 1.50 |

Photocopy expense.                                             10.20
Postage.                                                        1.72
Total Expenses Thru 06/30/2013                                 11.92

Total Current Work                                          1,657.42

Previous Balance                                          $1,166.05

The information contained in this statement is privileged
information intended only for the recipient.  If you are not
the intended recipient, any dissemination, distribution, or
copying is strictly prohibited.  Federal Tax ID #87-0494776.

# P | K | H

### PARSONS KINGHORN HARRIS

#### A PROFESSIONAL CORPORATION

| Phone 801 363 4300<br>Fax 801 363 4378 | **ATTORNEYS AT LAW**<br>www.pkhlawyers.com | 111 East Broadway, 11th Floor<br>Salt Lake City, Utah 84111 |

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

University of Utah

Page: 1
August 01, 2013
Client No:  76071-01M
Statement No:      244602

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/30/2013 | | | | |
| BKH | Review draft appeal letter received from Dr. Zimmerman; email correspondence with Ms. Petersen regarding same. | | 0.20 | 25.00 |
| LRP | Review EEO decision and conference with client regarding: appeal. | | 0.50 | 135.00 |
| | For Current Services Rendered | | 0.70 | 160.00 |

### Recapitulation

| Timekeeper | Hours |
|---|---|
| Lisa R. Petersen | 0.50 |
| Bonnie Hamp | 0.20 |

Total Current Work                                    160.00

The information contained in this statement is privileged information intended only for the recipient.  If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.  **Federal Tax ID #87-0494776.**

# P | K | H

## PARSONS KINGHORN HARRIS

### A PROFESSIONAL CORPORATION

| Phone 801 363 4300<br>Fax 801 363 4378 | **ATTORNEYS AT LAW**<br>www.pkhlawyers.com | 111 East Broadway, 11th Floor<br>Salt Lake City, Utah 84111 |
|---|---|---|

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

University of Utah

Page:  1
September 01, 2013
Client No:  76071-01M
Statement No:  245411

| | | Hours | |
|---|---|---|---|
| 08/01/2013 | | | |
| BKH | Review draft appeal letter received from Dr. Zimmerman and edit for Ms. Petersen's review; organize documents as exhibits to appeal. | 2.90 | 362.50 |
| LRP | Appeal of EEO finding; conference with client regarding same. | 0.90 | 243.00 |
| 08/02/2013 | | | |
| BKH | Continue to edit letter for Ms. Petersen's review; telephone conferences with Dr. Zimmerman regarding clarification of certain events, and certain documents to be used exhibits to appeal. | 2.00 | 250.00 |
| LRP | Review letter; emails with client and Bonnie Hamp; begin prep response to same. | 0.70 | 189.00 |
| 08/03/2013 | | | |
| BKH | Continue to edit Dr. Zimmerman's appeal letter and incorporate additional points made and documents received from Dr. Zimmerman. | 3.60 | 450.00 |
| 08/04/2013 | | | |
| BKH | Review additional issues and documents received from Dr. Zimmerman; edit letter incorporating same; telephone conferences with Dr. Zimmerman to clarify referenced documents as exhibits to appeal letter; compare redline and accepted versions of letter for Ms. Petersen's review; email correspondence with Ms. Petersen regarding same. | 3.50 | 437.50 |
| 08/05/2013 | | | |
| BKH | Continue to edit letter and prepare documents for exhibits; confer with Ms. Petersen regarding same; telephone | | |

Page: 2
September 01, 2013
Client No: 76071-01M
Statement No:    245411

Judy Zimmerman

University of Utah

|  |  | Hours |  |
|---|---|---|---|
| | conferences Dr. Zimmerman regarding clarification of certain facts and exhibits and edit letter regarding same; meet with Ms. Petersen and update regarding edits to letter; finalize same for service; prepare appeal letter and exhibits for electronic transmittal and U.S. Mail; follow-up email correspondence with Dr. Zimmerman regarding same. | 4.60 | 575.00 |
| LRP | Finalize and submit appeal to EEO; conference with. B. Hamp and client re: same. | 1.20 | 324.00 |
| 08/19/2013 LRP | Review and respond to client emails regarding: communications with investigators. | 0.20 | 54.00 |
| 08/23/2013 LRP | Emails with client and B. Hamp regarding: status of pending matters and correspondence regarding: same. | 0.50 | 135.00 |
| | For Current Services Rendered | 20.10 | 3,020.00 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| Lisa R. Petersen | 3.50 |
| Bonnie Hamp | 16.60 |

| | |
|---|---|
| Photocopy expense. | 28.40 |
| Postage. | 5.32 |
| Total Expenses Thru 08/31/2013 | 33.72 |
| Total Current Work | 3,053.72 |

# P | K | H

## PARSONS KINGHORN HARRIS

### A PROFESSIONAL CORPORATION

| Phone 801 363 4300<br>Fax 801 363 4378 | ATTORNEYS AT LAW<br>www.pkhlawyers.com | 111 East Broadway, 11th Floor<br>Salt Lake City, Utah 84111 |

Page: 1
October 01, 2013
Client No: 76071-01M
Statement No:    245783

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

University of Utah

|  |  | Hours |  |
|---|---|---|---|
| 09/05/2013<br>LRP | Conference with. client regarding: whistle blowing and 1983 complaint. | 0.50 | 135.00 |
| 09/09/2013<br>LRP | Begin draft whistleblowing complaint; emails with client regarding: same. | 0.50 | 135.00 |
| 09/13/2013<br>LRP | Emails with client regarding: status of correspondence and timing. | 0.10 | 27.00 |
| 09/25/2013<br>LRP | Draft notice and complaint; research regarding: same; email to client regarding: fact questions regarding: same. | 0.60 | 162.00 |
| 09/30/2013<br>BKH | Research University's policies and procedures with respect employees, faculty and independent contractors for Ms. Petersen's review. | 0.30 | 37.50 |
| LRP | Emails to client regarding: personnel file and fact questions regarding: draft complaint. | 0.20 | 54.00 |
|  | For Current Services Rendered | 2.20 | 550.50 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| Lisa R. Petersen | 1.90 |
| Bonnie Hamp | 0.30 |

Total Current Work                                550.50

# P | K | H

### PARSONS KINGHORN HARRIS

#### A PROFESSIONAL CORPORATION

| Phone 801 363 4300 | **ATTORNEYS AT LAW** | 111 East Broadway, 11th Floor |
|---|---|---|
| Fax 801 363 4378 | www.pkhlawyers.com | Salt Lake City, Utah 84111 |

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

University of Utah

Page: 1
November 01, 2013
Client No:  76071-01M
Statement No:    246653

| | | Hours | |
|---|---|---|---|
| **10/01/2013** | | | |
| LRP | Emails with client regarding: 1983 complaint, personnel file, and fact questions. | 0.70 | 189.00 |
| **10/04/2013** | | | |
| BKH | Review file regarding prior contact with University counsel, Scott Smith; regarding University's policies regarding request for personnel file; prepare draft letter to Mr. Smith regarding same; confer with Ms. Petersen and review letter for signature. | 0.60 | 75.00 |
| LRP | Review and respond to emails from client; finalize and send letter to counsel regarding: documents. | 0.50 | 135.00 |
| **10/08/2013** | | | |
| LRP | Emails with client regarding: additional documents and response from general counsel's office regarding: same. | 0.20 | 54.00 |
| **10/23/2013** | | | |
| LRP | Review and respond to client emails regarding: additional documents from University; conference with. B. Hamp regarding: same; search emails regarding: same. | 0.50 | 135.00 |
| BKH | Confer with Ms. Petersen regarding personnel file received from University of Utah; prepare electronic copy and email correspondence to Dr. Zimmerman regarding same; review file relating to facts fo whistleblowing and retaliation to prepare Notice of Claim; begin draft of Notice of Claim for Ms. Petersen's review. | 1.90 | 237.50 |
| **10/24/2013** | | | |
| BKH | Confer with Ms. Petersen regarding Notice | | |

Page: 2
November 01, 2013
Client No: 76071-01M
Statement No:    246653

Judy Zimmerman

University of Utah

|  |  | Hours |  |
|---|---|---|---|
|  | of Claim; continue to prepare draft for Ms. Petersen's review; review email correspondence from Dr. Zimmerman regarding personnel file and prepare draft letter to General Counsel requesting additional documentation. | 4.00 | 500.00 |
| LRP | FInalize and serve notice of claim; conference with. B. Hamp and client regarding: same. | 1.90 | 513.00 |

10/25/2013
BKH    Confer with Ms. Petersen regarding draft notice of claim; research contact information for the Risk Management office at the University of Utah; telephone conference with various departments regarding same; finalize notice for Ms. Petersen's final review and approval.        0.90    112.50

LRP    Review finalize and send letter regarding: demand for documents; conference with. B. Hamp regarding: same.        0.50    135.00

10/29/2013
BKH    Review additional documentation received from counsel for University in response to request for file.        0.20    25.00

For Current Services Rendered        11.90    **2,111.00**

Recapitulation

| Timekeeper | Hours |
|---|---|
| Lisa R. Petersen | 4.30 |
| Bonnie Hamp | 7.60 |

| | |
|---|---|
| Photocopy expense | 1.60 |
| Postage | 18.93 |
| Total Expenses Thru 10/31/2013 | **20.53** |

| | | |
|---|---|---|
| 10/25/2013 | Runner Service - Run to U of U Risk MGMT | 16.75 |
| 10/25/2013 | Runner Service - Run to Utah Attorney General | 10.00 |
| | Total Advances | **26.75** |

Total Current Work        2,158.28

# P | K | H

### PARSONS KINGHORN HARRIS

A PROFESSIONAL CORPORATION

Phone 801 363 4300
Fax 801 363 4378

**ATTORNEYS AT LAW**
www.pkhlawyers.com

111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

Page: 1
January 15, 2014
Client No: 76071-01M
Statement No:   248682

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

University of Utah

|  |  | Hours |  |
|---|---|---|---|
| **12/02/2013** | | | |
| BKH | Prepare draft Complaint and Demand for Jury for filing in Third District Court for Ms. Petersen's review. | 0.80 | 100.00 |
| LRP | Conference with. B. Hamp and client regarding: draft complaint. | 0.30 | 81.00 |
| **12/10/2013** | | | |
| BKH | Confer with Ms. Petersen regarding draft Complaint; review federal court provisions relating to the Whistleblowing Act and 1983 claims; edit Complaint for Ms. Petersen's review. | 1.10 | 137.50 |
| LRP | Revise and edit draft complaint; conference with. Bonnie Hamp regarding: same. | 1.30 | 351.00 |
| **12/11/2013** | | | |
| BKH | Confer with Ms. Petersen regarding draft complaint, edit same to incorporate Ms. Petersen's and Dr. Zimmerman's comments; email correspondence with Dr. Zimmerman. | 2.00 | 250.00 |
| LRP | Revise and edit draft complaint; conference with. Bonnie Hamp and client regarding: same. | 1.10 | 297.00 |
| **12/12/2013** | | | |
| BKH | Review email correspondence from Dr. Zimmerman; continue editing draft Complaint; confer with Ms. Petersen regarding same. | 1.20 | 150.00 |
| LRP | Finalize draft complaint; incorporate client comments; conference with. Bonnie Hamp and client regarding: same. | 1.90 | 513.00 |
| **12/13/2013** | | | |
| LRP | Emails regarding; complaint and verification page with client. | 0.20 | 54.00 |

Page: 2
January 15, 2014
Client No:  76071-01M
Statement No:     248682

Judy Zimmerman

University of Utah

|  |  | Hours |  |
|---|---|---|---|
| 12/18/2013 | | | |
| BKH | Confer with Ms. Petersen regarding Ms. Zimmerman's edits and review; finalizing Complaint for Ms. Petersen's final review in anticipation of filing same. | 0.30 | 37.50 |
| 12/20/2013 | | | |
| BKH | Review complaint and prepare exhibit in anticipation of filing complaint with the Court. | 0.20 | 25.00 |
| | For Current Services Rendered | 10.40 | 1,996.00 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| Lisa R. Petersen | 4.80 |
| Bonnie Hamp | 5.60 |

Photocopy expense                                                    1.80
Total Expenses Thru 12/31/2013                                       1.80


12/27/2013  Filing fee - US District Court                         400.00
            Total Advances                                          400.00

            Total Current Work                                    2,397.80


            Balance Due                                         $2,397.80


The information contained in this statement is privileged information intended only for the recipient.  If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.  Federal Tax ID #87-0494776.

# P | K | H

### PARSONS KINGHORN HARRIS

A PROFESSIONAL CORPORATION

| Phone 801 363 4300 | **ATTORNEYS AT LAW** | 111 East Broadway, 11th Floor |
| Fax 801 363 4378 | www.pkhlawyers.com | Salt Lake City, Utah 84111 |

Page: 1
February 01, 2014
Client No:  76071-01M
Statement No:   249401

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

University of Utah

|  |  |  | Hours |  |
|---|---|---|---|---|
| 01/08/2014 | | | | |
| | BKH | Review federal rules regarding timeframe for scheduling case deadlines once complaint is served; confer with Ms. Petersen regarding same. | 0.20 | 25.00 |
| | LRP | Waiver of service letter to Scott Smith. | 0.50 | 135.00 |
| | | For Current Services Rendered | 0.70 | 160.00 |

### Recapitulation

| Timekeeper | Hours |
|---|---|
| Lisa R. Petersen | 0.50 |
| Bonnie Hamp | 0.20 |

| | |
|---|---|
| Photocopy expense | 42.40 |
| Postage | 2.78 |
| Total Expenses Thru 01/31/2014 | 45.18 |
| Total Current Work | 205.18 |

The information contained in this statement is privileged
information intended only for the recipient.  If you are not
the intended recipient, any dissemination, distribution, or
copying is strictly prohibited.  Federal Tax ID #87-0494776.

# P | K | H

### PARSONS KINGHORN HARRIS

A PROFESSIONAL CORPORATION

| Phone 801 363 4300 | **ATTORNEYS AT LAW** | 111 East Broadway, 11th Floor |
|---|---|---|
| Fax 801 363 4378 | www.pkhlawyers.com | Salt Lake City, Utah 84111 |

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City   UT   84106

Page: 1
April 01, 2014
Client No:   76071-01M
Statement No:      251121

University of Utah

|  |  |  | Hours |  |
|---|---|---|---|---|
| 03/10/2014 | | | | |
| | BKH | Confer with Ms. Petersen regarding research into federal court scheduling and local rule following Answer by Defendants. | 0.10 | 12.50 |
| | LRP | Conference with. client regarding: status of EEOC and federal court cases. | 0.20 | 54.00 |
| 03/11/2014 | | | | |
| | BKH | Research federal court local and civil rules of procedure regarding initial pretrial scheduling hearings, attorneys' planning meeting and scheduling orders to anticipate deadlines to submit same to the court; email correspondence to Ms. Petersen regarding same. | 0.60 | 75.00 |
| 03/12/2014 | | | | |
| | LRP | Review agency decision; emails with client regarding: same; appeal by 3/14. | 0.20 | 54.00 |
| 03/13/2014 | | | | |
| | LRP | Emails with client regarding: letter appeal and revisions to same. | 0.20 | 54.00 |
| 03/14/2014 | | | | |
| | LRP | Review and revise appeal letter; conference with. J. Zimmerman regarding: same. | 0.60 | 162.00 |
| 03/21/2014 | | | | |
| | BKH | Review file regarding charges filed with the EEOC; telephone conference with Ms. Miner with the EEOC regarding status update and letter of representation; email correspondence with Ms. Petersen regarding | | |

Page: 2
April 01, 2014

Judy Zimmerman

Client No:  76071-01M
Statement No:   251121

University of Utah

|  |  | Hours |  |
|---|---|---|---|
| | same; prepare draft letter of representation for Ms. Petersen's review. | 0.70 | 87.50 |
| 03/24/2014 | | | |
| BKH | Edit and finalize letter of representation for Ms. Petersen's signature. | 0.20 | 25.00 |
| 03/25/2014 | | | |
| BKH | Telephone conference with Ms. Julie Armstrong, investigator at the EEOC, regarding copy of University's response; confer with Ms. Petersen regarding same; follow-up email to Ms. Armstrong regarding University's position on settlement negotiations. | 0.60 | 75.00 |
| 03/26/2014 | | | |
| BKH | Confer with Ms. Petersen regarding Attorney Planning Meeting Report and Scheduling Order; review federal statutes and rules regarding same; prepare draft Attorney Planning Meeting for Ms. Petersen's review. | 2.00 | 250.00 |
| LRP | Review and respond to email from counsel; conference with Bonnie Hamp and client regarding: attorney planning report. | 0.50 | 135.00 |
| 03/27/2014 | | | |
| BKH | Confer with Ms. Petersen regarding draft Attorney Planning Meeting Report; edit same and finalize for transmittal to Defendant's counsel. | 0.40 | 50.00 |
| MDD | Prepare proposed Parties' Planning Report; conference with Lisa R. Petersen regarding case management dates and deadlines. | 0.40 | 84.00 |
| LRP | Revisions to attorney planning report; emails with opposing counsel regarding: same. | 0.50 | 135.00 |
| 03/28/2014 | | | |
| LRP | Revise attorney planning report; emails with opposing counsel regarding: same. | 0.50 | 135.00 |
| | For Current Services Rendered | 7.70 | 1,388.00 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| Melyssa Davidson | 0.40 |
| Lisa R. Petersen | 2.70 |
| Bonnie Hamp | 4.60 |

# P | K | H

PARSONS KINGHORN HARRIS

A PROFESSIONAL CORPORATION

| Phone 801 363 4300 | ATTORNEYS AT LAW | 111 East Broadway, 11th Floor |
| Fax 801 363 4378 | www.pkhlawyers.com | Salt Lake City, Utah 84111 |

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

Page: 1
May 01, 2014
Client No:   76071-01M
Statement No:      252070

University of Utah

|  |  | | Hours | |
|---|---|---|---|---|
| 04/02/2014 | BKH | Revise Attorney Planning Meeting Report and Order; email correspondence to opposing counsel regarding same; review response from Ms. Donosso at the Attorney General's office regarding number of depositions provided in report and request to limit number; confer with Ms. Petersen; edit report and Order and email correspondence to Ms. Donnosso. | 0.80 | 100.00 |
| 04/03/2014 | BKH | Follow-up on executed Attorney Planning Meeting and prepare same for Ms. Petersen's signature and subsequent filing with the Court. | 0.20 | 25.00 |
| 04/08/2014 | BKH | Telephone conference with Ms. Julie Armstrong, investigator at the EEOC regarding University's position to discuss settlement; confer with Ms. Petersen regarding same; prepare email to Ms. Armstrong confirming University's position on settlement negotiations. | 0.30 | 37.50 |
|  | LRP | Communications with EEOC and client regarding: settlement and offer; review file regarding: same. | 0.50 | 135.00 |
| 04/09/2014 | LRP | Conference with. client regarding: settlement and calculations. | 0.30 | 81.00 |

Judy Zimmerman

University of Utah

Page: 2
May 01, 2014
Client No: 76071-01M
Statement No:   252070

| | | Hours | |
|---|---|---|---|
| 04/18/2014 LRP | Conference with with V. D'Nosso regarding: initial disclosures and scheduling. | 0.20 | 54.00 |
| 04/21/2014 LRP | Emails with client regarding: EEOC rebuttal and disclosures; conference with. Opposing counsel and B. Hamp regarding: same. | 0.50 | 135.00 |
| 04/22/2014 LRP | Conference with. B. Hamp and opposing counsel regarding: extension to deadlines for ID and EEOC rebuttal. | 0.50 | 135.00 |
| 04/23/2014 LRP | Emails to client and EEOC and opposing counsel regarding: status of EEOC rebuttal, settlement, and disclosures. | 0.50 | 135.00 |
| 04/24/2014 BKH | Review file and email correspondence regarding disclosures; confer with Ms. Petersen regarding same; prepare draft disclosures for Dr. Zimmerman's information and preparation for completion; email correspondence to Dr. Zimmerman regarding disclosures and documents for production. | 1.30 | 162.50 |
| LRP | Obtain extension on rebuttal and sign stipulation regarding: initial disclosures; conference with. opposing counsel and emails with client regarding: same. | 0.40 | 108.00 |
| | For Current Services Rendered | 5.50 | 1,108.00 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| Lisa R. Petersen | 2.90 |
| Bonnie Hamp | 2.60 |

| | |
|---|---|
| Pacer - Court Electronic Fee | 0.10 |
| Total Expenses Thru 04/30/2014 | 0.10 |
| Total Current Work | 1,108.10 |

# P | K | H

## PARSONS KINGHORN HARRIS

### A PROFESSIONAL CORPORATION

| Phone 801 363 4300 | **ATTORNEYS AT LAW** | 111 East Broadway, 11th Floor |
| Fax 801 363 4378 | www.pkhlawyers.com | Salt Lake City, Utah 84111 |

Page:  1
June 01, 2014

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

Client No:  76071-01M
Statement No:      252978

University of Utah

|  |  | Hours |  |
|---|---|---|---|
| **05/01/2014** | | | |
| LRP | letter regarding: extensions. | 0.20 | 54.00 |
| **05/12/2014** | | | |
| LRP | Review witness list. | 0.20 | 54.00 |
| **05/13/2014** | | | |
| BKH | Confer with Ms. Petersen regarding preparation of initial disclosures; prepare draft disclosures for Ms. Petersen's review in anticipation of filing same. | 0.90 | 112.50 |
| **05/14/2014** | | | |
| BKH | Continue to prepare draft disclosures and review file regarding documents in preparation of production. | 0.80 | 100.00 |
| **05/16/2014** | | | |
| BKH | Continue to review and assemble potential documents in preparation of filing initial disclosures; prepare draft witness list and disclosures for Dr. Zimmerman and Ms. Petersen's review. | 0.40 | 50.00 |
| **05/19/2014** | | | |
| LRP | Initial disclosures. | 0.20 | 54.00 |
| **05/20/2014** | | | |
| BKH | Review and organize email attachments received from Dr. Zimmerman; continue to prepare disclosures and organize documents for production; begin assembling exhibits to position statement. | 4.30 | 537.50 |
| LRP | Initial disclosures and EEOC rebuttal. | 0.50 | 135.00 |
| **05/21/2014** | | | |
| BKH | Review email correspondence from Dr. Zimmerman regarding position statement; | | |

Page: 2

Judy Zimmerman

June 01, 2014
Client No:   76071-01M
Statement No:      252978

University of Utah

Hours

|  |  | Hours |  |
|---|---|---|---|
|  | prepare redline draft for Ms. Petersen's review; several follow-up telephone conferences with Dr. Zimmerman regarding disclosures, documents, exhibits and witnesses; continue to organize documents for production in EEOC proceeding and federal case. | 4.00 | 500.00 |
| LRP | Review protective order; conference with. client regarding: same. | 0.20 | 54.00 |
| 05/22/2014 |  |  |  |
| BKH | Review and edit position statement for Ms. Petersen's final review; prepare and organize documents for bate labeling in EEOC filing; confer with Ms. Petersen regarding document management with respect to EEOC proceeding and federal case; prepare documents for bate labeling in federal case; review and edit disclosures for Ms. Petersen's final review and signature and prepare same for service. | 5.10 | 637.50 |
| LRP | Protective order; conference with. client and opposing counsel regarding: same. | 0.60 | 162.00 |
| 05/23/2014 |  |  |  |
| BKH | Finalize position statement for Ms. Petersen's signature and assemble exhibits for filing; finalize Initial Disclosures in federal case and prepare and finalize documents for production. | 3.80 | 475.00 |
| LRP | EEOC rebuttal and initial disclosures. | 0.50 | 135.00 |
| 05/29/2014 |  |  |  |
| BKH | Follow-up with Ms. Petersen regarding meeting with client; telephone conference with Dr. Zimmerman regarding same. | 0.20 | 25.00 |
| LRP | Review and sign off on protective order. | 0.50 | 135.00 |
|  | For Current Services Rendered | 22.40 | 3,220.50 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| Lisa R. Petersen | 2.90 |
| Bonnie Hamp | 19.50 |

| Photocopy expense | 155.40 |
|---|---|
| Postage | 18.87 |

Page: 3
June 01, 2014
Client No:  76071-01M
Statement No:     252978

Judy Zimmerman

University of Utah

Total Expenses Thru 05/31/2014         174.27

Total Current Work         3,394.77

The information contained in this statement is privileged information intended only for the recipient.  If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.  Federal Tax ID #87-0494776.

# P | K | H

### PARSONS KINGHORN HARRIS

#### A PROFESSIONAL CORPORATION

| Phone 801 363 4300 | **ATTORNEYS AT LAW** | 111 East Broadway, 11th Floor |
|---|---|---|
| Fax 801 363 4378 | www.pkhlawyers.com | Salt Lake City, Utah 84111 |

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

Page: 1
July 01, 2014
Client No: 76071-01M
Statement No:    253415

University of Utah

|  |  | Hours |  |
|---|---|---|---|
| 06/02/2014 | | | |
| BKH | Organize documents produced in the EEOC and federal case; prepare production log for document control; review documents relating to EEOC for potential supplemental production  in the federal matter; email correspondence to Ms. Petersen regarding same; confer with Ms. Petersen regarding University's production; prepare same for electronic transmittal and email same to client. | 1.30 | 162.50 |
| 06/03/2014 | | | |
| BKH | Follow-up with Dr. Zimmerman regarding meeting with Ms. Petersen; finalize and prepare documents for supplemental production of initial disclosures; prepare letter to attorney general's office regarding same. | 0.80 | 100.00 |
| 06/04/2014 | | | |
| BKH | Meet with Dr. Zimmerman regarding draft proposal and summary of grant award; discuss University's disclosures and estimate time to review same; load electronic production into document database for initial review. | 0.50 | 62.50 |
| LRP | Meet with client; discuss strategy. Communicate with EEOC and DOH. | 1.20 | 324.00 |
| 06/05/2014 | | | |
| BKH | Load University production into Summation for document review; cursory review of documents to determine scope and estimate | | |

Judy Zimmerman

University of Utah

|  |  | Hours |  |
|---|---|---|---|
| | to summarize; email correspondence to Ms. Petersen regarding same. | 0.50 | 62.50 |
| 06/06/2014 | | | |
| BKH | Review database of the University's disclosures and summarize same into spreadsheet for Ms. Petersen and Dr. Zimmerman's review. | 1.00 | 125.00 |
| BKH | Continue to review and summarize University documents into spreadsheet for Ms. Petersen and Dr. Zimmerman's review. | 2.00 | 250.00 |
| | For Current Services Rendered | 7.30 | 1,086.50 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| Lisa R. Petersen | 1.20 |
| Bonnie Hamp | 6.10 |

| | |
|---|---|
| Postage | 1.40 |
| Total Expenses Thru 06/30/2014 | 1.40 |
| Total Current Work | 1,087.90 |

The information contained in this statement is privileged information intended only for the recipient. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. Federal Tax ID #87-0494776.

# P | K | H

## PARSONS KINGHORN HARRIS

### A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| Phone 801 363 4300<br>Fax 801 363 4378 | **ATTORNEYS AT LAW**<br>www.pkhlawyers.com | 111 East Broadway, 11th Floor<br>Salt Lake City, Utah 84111 |

Judy Zimmerman
3516 Millbrook Dr.
Salt Lake City  UT  84106

Page: 1
September 01, 2014
Client No:  76071-01M
Statement No:     255142

University of Utah

| | | | Hours | |
|---|---|---|---|---|
| 07/28/2014 | | | | |
| KH | Telephone conference with J. Zimmerman. Review EEOC correspondence regarding settlement proposal timing. Correspondence with J. Zimmerman regarding same. | | 0.30 | 61.50 |
| 07/30/2014 | | | | |
| KH | Review federal complaint. Office conference with J. Zimmerman regarding federal lawsuit and EEOC matter. | | 1.60 | 328.00 |
| 08/14/2014 | | | | |
| KH | Telephone conference with L. Scholnick regarding claims against U of U. | | 0.30 | |
| | For Current Services Rendered | | 2.20 | 389.50 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| Kim Hansen | 2.20 |

Total Current Work                                      389.50

The information contained in this statement is privileged information intended only for the recipient.  If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.  Federal Tax ID #87-0494776.

Attorneys Fees Billed by Parson Kinghorn and Harris

| 2012 | Date | Amount | |
|---|---|---|---|
| | Sep-12 | $ | 318.00 |
| | Oct-12 | $ | 1,961.00 |
| | Nov-12 | $ | 821.50 |
| | Dec-12 | $ | 3,531.50 |
| | | $ | **6,632.00** |
| | | | |
| 2013 | Jan-13 | $ | 756.00 |
| | Feb-13 | $ | 1,741.00 |
| | Mar & Apri | $ | 2,196.50 |
| | May-13 | $ | 1,161.00 |
| | Jun-13 | $ | 1,645.50 |
| | Jul-13 | $ | 160.00 |
| | Aug-13 | $ | 3,020.00 |
| | Sep-13 | $ | 550.50 |
| | Oct-13 | $ | 2,111.00 |
| | Nov-13 | $ | - |
| | Dec-13 | $ | 1,996.00 |
| | | $ | **15,337.50** |
| | | | |
| 2014 | Jan-14 | $ | 160.00 |
| | Feb-14 | $ | - |
| | Mar-14 | $ | 1,388.00 |
| | Apr-14 | $ | 1,108.00 |
| | May-14 | $ | 3,220.50 |
| | Jun-14 | $ | 1,086.50 |
| | Jul-14 | $ | 389.50 |
| | | $ | **7,352.50** |

| | | | |
|---|---|---|---|
| | 2012 | $ | **6,632.00** |
| | 2013 | $ | **15,337.50** |
| | 2014 | $ | **7,352.50** |
| **TOTAL** | | $ | **29,322.00** |