APRIL L. HOLLINGSWORTH (Bar No. 9391)
**HOLLINGSWORTH LAW OFFICE, LLC**
1881 South 1100 East
Salt Lake City, Utah 84105
Telephone: 801-415-9909
april@aprilhollingsworthlaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **JUDITH PINBOROUGH ZIMMERMAN, Ph.D.,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**UNIVERSITY OF UTAH** and **WILLIAM McMAHON, Ph.D.,**<br><br>　　　　Defendants. | **DECLARATION OF APRIL L. HOLLINGSWORTH IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>Case No. 2:13-cv-1131<br><br>Judge Jill N. Parrish |

I, April L. Hollingsworth, under penalty of perjury, hereby testify and declare as follows:

1.　　I have personal knowledge of all of the facts set forth herein, and would competently testify to these facts if called upon to do so in a court of law.

2.　　I graduated from law school in 1996, and was admitted to practice law in the state of Georgia in June 1996.

3.　　I was admitted to the Bar of the State of Utah in June 2002.

4.     I am formerly a partner at Strindberg & Scholnick, LLC, where I started practicing employment law in 2002.

5.     In November 2008, I formed my own firm, Hollingsworth Law Office, LLC.

6.     My firm began representing Dr. Judith Zimmerman in September 2014 on a reduced hourly rate/partial contingency basis, as I believed the case was important to pursue, and Dr. Zimmerman was unable to continue funding the litigation paying full hourly rates as she had done with the first law firm that represented her.

7.     Initially, my then-associate, Ashley Leonard, handled most of the litigation, and my involvement was in an advisory role (much of which I did not bill).  Ms. Leonard is a 2013 graduate of Gonzaga University School of Law.  She became my full-time associate in March 2014.  Her normal hourly rate was $150/hour at the time.  She billed 275.6 hours to this case, for a total of $41,340.  Her reports of hours billed to this case are attached hereto as Exhibit A.

8.     Ms. Leonard left my firm in August 2016, after which I became the primary attorney on Dr. Zimmerman's case.  I did, however, hire an attorney, Katie Bushman, on a contract basis to assist in researching the issues to be addressed by the Utah Supreme Court in December 2016. Ms. Bushman was admitted to the Utah Bar in October 2015.  She billed 35.7 hours to this case, as set forth in Exhibit B.  A reasonable billing rate for her at that time is $125/hour, for a total in billable time of $4,462.50.

9.     The time I have billed to this case since September 2014 is attached hereto as Exhibit C, which itemizes the approximately 470 hours I have worked on the case.  At the end of July 2018, I hired Katie Panzer, a 2018 law school graduate, to assist with trial.  Although she has passed

the Bar, she has not yet been admitted.  Her time billed (186 hours) is included in Exhibit C.  A reasonable rate for her time is $95/hour.

10.      I bill my time at a rate of $375/hour, which is a reasonable rate for an employment law attorney in Salt Lake City who has been in practice for over 20 years, and has over 10 years of litigation experience, including several successful jury trials in employment cases.  Further, I was named Employment Attorney of the Year by the Labor and Employment Section of the Utah State Bar in 2015, and won what I understand to be the biggest single-plaintiff employment law jury verdict ever in Utah ($2.77 million) in June 2017.

11.      All the work I have done in this case, and have hired others to do, has been necessary to adequately and successfully take Dr. Zimmerman's claims against the University through discovery, several summary judgment motions and motions to dismiss, the Utah Supreme Court proceedings, and through trial.

12.      Based on the aforementioned information and invoices attached, Dr. Zimmerman's attorneys' fees incurred in this case that are attributable to work done by Hollingsworth Law Office, LLC total $237,099.50: $41,340 for time billed by Ms. Leonard; $4,462.50 for time billed by Katie Bushman; and $191,297 for time billed by Ms. Panzer and me.

        DATED this 19th day of September, 2018.


                                          /s/ April Hollingsworth
                                          Attorney for Plaintiff



# Detailed report

2014-01-01  -  2014-12-31
Total  23 h 39 min          Billable  23 h 39 min

Zimmerman v. UofU  selected as projects

| Date | Description | Duration | User |
|------|-------------|----------|------|
| 09-04 | **Phone call to previous counsel re: client file** | **00:12:00** | Hollingsworth Law |
| | Hollingsworth - Zimmerman v. UofU | | |
| 09-24 | **Call to opposing counsel re: extending deadlines** | **00:12:00** | Hollingsworth Law |
| | Hollingsworth - Zimmerman v. UofU | | |
| 09-25 | **Drafted Amended Sched Order** | **00:24:00** | Hollingsworth Law |
| | Hollingsworth - Zimmerman v. UofU | | |
| 10-05 | **Went thru Defs' initial disclosures** | **03:36:00** | Hollingsworth Law |
| | Hollingsworth - Zimmerman v. UofU | | |
| 10-06 | **Went thru Defs' initial disclosures** | **04:00:00** | Hollingsworth Law |
| | Hollingsworth - Zimmerman v. UofU | | |
| 11-05 | **Went thru discovery** | **02:48:18** | Hollingsworth Law |
| | Hollingsworth - Zimmerman v. UofU | | |
| 12-16 | **Drafted Amended Complaint** | **04:30:00** | Hollingsworth Law |
| | Hollingsworth - Zimmerman v. UofU | | |
| 12-18 | **Research for amended compl** | **01:04:00** | Hollingsworth Law |
| | Hollingsworth - Zimmerman v. UofU | | |
| 12-19 | **Drafted Amended Complaint** | **00:17:23** | Hollingsworth Law |
| | Hollingsworth - Zimmerman v. UofU | | |
| 12-22 | **Drafted discovery** | **06:00:00** | Hollingsworth Law |
| | Hollingsworth - Zimmerman v. UofU | | |
| 12-23 | **Edited and sent out discovery** | **00:36:00** | Hollingsworth Law |
| | Hollingsworth - Zimmerman v. UofU | | |

Created with toggl.com

Ex. A -001

# Detailed report



2015-01-01  -  2015-12-31

Total  202 h 49 min          Billable  202 h 49 min

Zimmerman v. UofU  selected as projects

| Date | Description | Duration | User |
|------|-------------|----------|------|
| 01-13 | **Drafted Mot Amend Sched Order** | **42:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 01-13 | **Phone call with OC** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 01-13 | **Edited Mot to Amend** | **18:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 01-13 | **Emails to OC** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 01-14 | **Emails to OC** | **18:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 01-14 | **Email to client** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 01-14 | **Edited and filed Motions to Amend (Compl + Sched Order)** | **30:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 01-22 | **Filed Amended Compl.** | **18:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 02-18 | **Emails to client** | **24:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 02-19 | **Meeting with client** | **30:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 03-07 | **Prep for witnesses questions** | **01:05:33** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 03-09 | **Called witnesses** | **02:42:00** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 03-11 | **Phone call with OC** | **30:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 03-16 | **Noticed depos** | **36:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 03-17 | **Emails to client and OC** | **18:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 06-29 | **Phone call with HHS atty re case status** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 07-15 | **Uploaded docs from Defs** | **18:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 07-15 | **Emails to client and OC re production of docs** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |

Ex. A -002

| 07-20 | **Edited client's letter to congressman** | **24:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-05 | **Drafted Notice of Depos, scheduled with court reporters** | **24:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-05 | **Emails to OC and client re depo schedule** | **18:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-09 | **Reviewed and finalized response to HHS questionnaire** | **01:51:58** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-10 | **Phone call with witness Soni** | **30:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-10 | **Emails to client re discovery** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-10 | **Went thru Defs' discovery production** | **01:18:21** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-11 | **Went thru Defs' discovery production** | **03:02:11** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-11 | **Edited and finalized HHS responses** | **01:12:34** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-12 | **Went thru Defs' discovery production** | **03:42:40** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-12 | **Email to client re HHS response** | **18:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-12 | **Edited and finalized HHS responses** | **48:35 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-13 | **Went thru Defs' discovery production** | **05:16:30** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-14 | **Email to OC re Notice of Depos** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-14 | **Went thru Defs' discovery production** | **03:12:56** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-14 | **Email to client re discovery issues** | **34:25 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-18 | **Prep for depos (all)** | **06:18:37** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-19 | **Phone call/emails with OC re depo dates** | **24:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-19 | **Prep for depos (all)** | **26:09 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-19 | **Drafted witness subpoena (Henderson)** | **29:36 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |

| | | | |
|---|---|---|---|
| 08-20 | **Prep for depos (all)** | **01:30:00** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-21 | **Prep for depos (all)** | **02:03:42** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-21 | **Drafted Responses to Defs' First Set of Disc** | **02:55:37** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-23 | **Drafted second set of disc requests; emailed to client** | **24:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-23 | **Edited second set of disc requests; emailed to atty AH** | **18:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-24 | **Edited second set of disc requests; emailed to OC** | **18:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-25 | **Prep for depos (all)** | **01:51:39** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-26 | **Prep for depos (all)** | **03:39:44** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-26 | **Mtg with client re depos** | **01:00:00** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-27 | **Prep for depos (all)** | **03:14:13** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-27 | **Drafted Responses to Defs' First Set of Disc** | **01:31:36** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-28 | **Phone call with OC re discovery issues** | **42:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-28 | **Drafted Amended 30(b)(6) Notice; emailed to OC** | **18:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-28 | **Drafted Responses to Defs' First Set of Disc** | **01:42:40** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-29 | **Prep for depos (all)** | **05:53:45** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-30 | **Prep for depos (all)** | **01:48:00** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-30 | **Edited disc responses, emails with client re responses** | **18:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-31 | **Prep for depos (all)** | **04:29:41** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 08-31 | **Prep for depos (all)** | **05:27:28** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 09-01 | **Depo (WM)** | **10:00:00** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 09-02 | **Depo (DB)** | **06:30:00** | Ashley Leonard |
| | Zimmerman v. UofU | | |

Ex. A -004

| 09-02 | **Prep for depo (AH)** | **02:12:00** | Ashley Leonard |
|---|---|---|---|
|  | Zimmerman v. UofU |  |  |
| 09-02 | **Prep for depo (DB)** | **02:18:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-03 | **Depo (CK and AH)** | **09:00:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-03 | **Edited discovery responses; emailed to OC** | **01:36:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-04 | **Batestamped docs, sent with runner to AG's office** | **30:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-07 | **Drafted meet and confer letter re discovery issues** | **54:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-07 | **Drafted Suppl Initial Discl** | **30:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-07 | **Emails with client re discovery** | **18:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-10 | **Emails to OC re discovery** | **12:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-15 | **Drafted witness declarations (Gardiner and Soni)** | **01:30:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-15 | **Depo prep (AB)** | **01:30:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-15 | **Drafted Suppl Disc Responses** | **01:06:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-15 | **Drafted HIPPA releases** | **24:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-15 | **Email to client re depos and strategy** | **18:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-15 | **Depo prep (30b6)** | **04:31:44** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-16 | **Depo (JZ)** | **08:00:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-16 | **Prep for depos (30b6 and AB)** | **30:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-17 | **Depo (30(b)(6))** | **04:30:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-17 | **Depo (AB)** | **02:00:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-17 | **Mtg with client re depos** | **02:00:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 09-17 | **Prep for depos (30b6 and AB)** | **48:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |

| Date | Description | Time | Attorney |
|---|---|---|---|
| 09-17 | **Email to witnesses re declarations (Gardner and Soni)** | **24:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 09-21 | **Drafted and emailed witness declaration (Sink)** | **42:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 09-21 | **Edited and emailed witness declarations (Gardner and Soni)** | **24:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 09-23 | **Drafted Mot Compel Disc** | **01:54:00** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 09-23 | **Drafted second meet and confer re discovery issues from depos** | **01:18:00** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 09-23 | **Edited and emailed witness decl (Sink)** | **18:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 09-24 | **Edited Mot Compel Disc, filed** | **02:18:00** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 09-24 | **Edited second meet and confer re discovery issues from depos, emailed to OC** | **24:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 09-28 | **Email to client re update and discovery issues** | **18:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 10-01 | **Emails with OC re discovery issues** | **18:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 10-16 | **Drafted and emailed letter to OC re m&c disc issues** | **01:54:00** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 10-23 | **Drafted Reply JZ Mot Compel Disc** | **02:49:42** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 10-26 | **Drafted response to Defs' Oct 23, 2015, letter re discovery issues** | **30:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 10-26 | **Email to client re discovery** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 10-26 | **Went thru Defs' Suppl Disc** | **03:16:50** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 10-27 | **Went thru Defs' Suppl Disc** | **05:38:35** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 10-27 | **Drafted and filed Notice to Submit Mot Compel Disc** | **10:12 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 11-03 | **Email to co-counsel re meet and confer disc issues** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 11-22 | **Email to client re MSJ and DOPL Compl** | **24:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 11-25 | **Phone call with OC re Mot Compel Hearing** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |

Ex. A -006

| Date | Description | Time | Person |
|---|---|---|---|
| 11-29 | **Email to client re discovery** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-01 | **Emailed OC re mot compel offer** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-02 | **Emails to client re mot compel discovery** | **24:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-04 | **Phone call(s) with Orange re search terms** | **24:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-04 | **Email(s) with Orange re search** | **18:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-04 | **Email to client re Orange docs/search** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-04 | **Email to OC re mot compel hearing** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-07 | **Filed Withdrawal of Mot Compel** | **24:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-11 | **Email to OC re extending disp mot deadlines** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-15 | **Email to OC re extending expert disc** | **12:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-20 | **Reviewed suppl production of docs, emailed OC re privilege log** | **24:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-21 | **Reviewed Defs MSJ** | **37:12 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-21 | **Research for MSJ Opp** | **05:17:01** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-22 | **Research for MSJ Opp** | **04:11:22** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-23 | **Drafted Opp MSJ** | **04:13:29** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-23 | **Research for MSJ Opp** | **02:40:13** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-29 | **Drafted Opp MSJ** | **04:00:18** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-30 | **Drafted Opp MSJ** | **07:52:07** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 12-31 | **Drafted Opp MSJ** | **06:14:58** | Ashley Leonard |
| | Zimmerman v. UofU | | |

Created with toggl.com

Ex. A -007

# Detailed report



2016-01-01  -  2016-01-31

Total  19 h 24 min        Billable  19 h 24 min

Zimmerman v. UofU  selected as projects

| Date | Description | Duration | User |
|------|-------------|----------|------|
| 01-01 | **Drafted Opp MSJ** | **03:34:18** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 01-02 | **Drafted Opp MSJ** | **06:36:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 01-03 | **Edited Opp MSJ** | **05:42:10** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 01-04 | **Edited Opp MSJ** | **03:25:39** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| 01-04 | **Filed Opp MSJ** | **06:28 min** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |

Created with toggl.com

# Detailed report

 toggl

2016-03-01  -  2016-03-31

Total  07 h 51 min          Billable  07 h 51 min

**Zimmerman v. UofU**  selected as projects

| Date | Description | Duration | User |
|------|-------------|----------|------|
| **03-01** | **Email to witness re evidence** | **12:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU | | |
| **03-04** | **Phone convo with witness (DH) re U 2012 audit** | **24:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU | | |
| **03-04** | **Email to client re convo with witness (DH)** | **12:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU | | |
| **03-08** | **Email to client re client questions** | **12:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU | | |
| **03-22** | **Email to client re HHS investigations** | **12:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU | | |
| **03-25** | **Reviewed U's GRAMA response and report** | **27:04 min** | Ashley Leonard |
|  | Zimmerman v. UofU | | |
| **03-25** | **Email to client and witness (DH) re Sept. 2012 audit** | **12:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU | | |
| **03-28** | **Research re HHS investigation's confidentiality** | **24:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU | | |
| **03-31** | **Prep for MSJ oral argument** | **05:36:10** | Ashley Leonard |
|  | Zimmerman v. UofU | | |

Created with toggl.com

# Detailed report



2016-04-01  -  2016-04-30

Total  20 h 04 min          Billable  20 h 04 min

Zimmerman v. UofU  selected as projects

| Date | Description | Duration | User |
|------|-------------|----------|------|
| **04-01** | **Prep for MSJ oral argument** | **07:46:37** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| **04-02** | **Prep for MSJ oral argument** | **01:36:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| **04-04** | **MSJ oral argument hearing** | **02:30:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| **04-04** | **Phone call with atty AH re MSJ oral argument** | **30:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| **04-04** | **Email to client re MSJ oral argument** | **12:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| **04-04** | **Prep for MSJ oral argument** | **30:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| **04-10** | **Drafted Suppl Opp to Defs' MSJ** | **02:00:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| **04-10** | **Drafted Opp to Defs' Mot for Leave to File Dispositive Mot** | **01:00:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| **04-11** | **Edited and filed Suppl Opp to Defs' MSJ** | **01:12:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |
| **04-25** | **Drafted Opp to Defs' JML** | **02:48:00** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |

Created with toggl.com

# Detailed report



2016-05-01  -  2016-05-31

Total  <mark>00 h 48 min</mark>          Billable  00 h 48 min

Zimmerman v. UofU  selected as projects

| Date | Description | Duration | User |
|------|-------------|----------|------|
| 05-23 | **Reviewed Supreme Court decision, drafted and submitted notice of supplemental authority re whistleblower COA** | **48:00 min** | Ashley Leonard |
|  | Zimmerman v. UofU |  |  |

Created with toggl.com

# Detailed report



2016-07-01  -  2016-07-31

Total  00 h 54 min          Billable  00 h 54 min

Zimmerman v. UofU  selected as projects

| Date | Description | Duration | User |
|------|-------------|----------|------|
| 07-25 | **Research for Opp Defs Second JML** | **24:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |
| 07-25 | **Drafted Opp to Defs Second JML** | **30:00 min** | Ashley Leonard |
| | Zimmerman v. UofU | | |

Created with toggl.com

Ex. A -012

Katie Bushman
1726 E Millcreek Way
Salt Lake City, UT 84106
(801) 833-8861

| DATE | DESCRIPTION | MINUTES |
|---|---|---|
| 12/01/16 | REVIEWING ZIMMERMAN BRIEFING | 120 |
| 12/06/16 | REVIEWING CASES CITED IN BRIEFING | 360 |
| 12/12/16 | REVIEWING CASES CITED IN BRIEFING | 120 |
| 12/15/16 | RESEARCHING SELF-EXECUTING FSC IN OTHER JDX | 120 |
| 12/16/16 | RESEARCHING SELF-EXECUTING FSC IN OTHER JDX | 162 |
| 12/17/16 | RESEARCHING SELF-EXECUTING FSC IN OTHER JDX | 60 |
| 12/21/16 | RESEARCHING SELF-EXECUTING FSC IN OTHER JDX | 36 |
| 12/22/16 | RESEARCHING SELF-EXECUTING FSC IN OTHER JDX | 30 |
| 12/23/16 | RESEARCHING SELF-EXECUTING FSC IN OTHER JDX & REVIEWING UTAH CASES/CONSTITUTION | 600 |
| 12/24/16 | RESEARCHING SELF-EXECUTING FSC IN OTHER JDX & OTHER STATE CONSTITUTIONS | 210 |
| 12/25/16 | RESEARCHING SELF-EXECUTING FSC IN OTHER JDX, RESEARCHING POTENTIAL EMENTS OF FSC CLAIM | 84 |
| 12/26/16 | RESEARCHING SELF-EXECUTING FSC IN OTHER JDX, RESEARCHING POTENTIAL ELEMENTS OF FSC CLAIM, WRITING SYNOPSIS OF FINDINGS | 240 |

TOTAL MINUTES:   2142

HOURS:   35.7

Ex. B

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|
| ▶ Review/analyze<br>Review amended complaint | 12/19/2014 | 0.4 | $375.00 | $150.00 | AH |
| ▶ Draft/revise<br>Edit discovery requests | 12/23/2014 | 0.6 | $375.00 | $225.00 | AH |
| ▶ Draft/revise<br>Edit reply re: motion to compel | 10/26/2015 | 0.8 | $375.00 | $300.00 | AH |
| ▶ Review/analyze<br>Review/edit sj opp brief | 1/3/2016 | 2.5 | $375.00 | $937.50 | AH |
| ▶ Review/analyze<br>Review sj pleadings | 3/3/2016 | 2.5 | $375.00 | $937.50 | AH |
| ▶ Review/analyze<br>Review, advise re: sj pleadings for hearing | 4/2/2016 | 2.3 | $375.00 | $862.50 | AH |
| ▶ Phone call<br>Phone call w/ Ashley re: sj hearing | 4/4/2016 | 0.6 | $375.00 | $225.00 | AH |
| ▶ Communicate (other external)<br>Phone calls w/ reporter, client; review emails from client to reporter | 7/6/2016 | 0.5 | $375.00 | $187.50 | AH |
| ▶ Communicate (other external)<br>Phone call w/ client re: info to give reporter | 7/7/2016 | 0.1 | $375.00 | $37.50 | AH |

Ex. C - 001

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|-------|-----------|
| ▶ Draft/revise<br>Legal research; edit opposition to second motion to dismiss; draft motion to amend complaint | 8/12/2016 | 2.3 | $375.00 | $862.50 | AH |
| ▶ Draft/revise<br>Edit, file response to motion to dismiss | 8/15/2016 | 0.7 | $375.00 | $262.50 | AH |
| ▶ Phone call<br>Phone call w/ client | 8/19/2016 | 0.4 | $375.00 | $150.00 | AH |
| ▶ Draft/revise<br>Review pleadings; draft designation of record relevant to certified questions | 8/22/2016 | 0.5 | $375.00 | $187.50 | AH |
| ▶ Draft/revise<br>Draft proposed second amended complaint; send to oc | 8/24/2016 | 0.3 | $375.00 | $112.50 | AH |
| ▶ Draft/revise<br>Draft opposition to Defs motion for leave to file sj 2 | 9/12/2016 | 2.9 | $375.00 | $1,087.50 | AH |
| ▶ Phone call<br>Phone call w/ client re: sj2 | 12/21/2016 | 0.2 | $375.00 | $75.00 | AH |
| ▶ Review/analyze<br>Review motion for sj re: First Amendment | 12/27/2016 | 0.8 | $375.00 | $300.00 | AH |

Ex. C - 002

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|-------|-----------|
| ▶ Draft/revise<br>Legal research; draft brief re: certified questions | 1/2/2017 | 7.8 | $375.00 | $2,925.00 | AH |
| ▶ Draft/revise<br>Draft brief to Supreme Court | 1/3/2017 | 10.5 | $375.00 | $3,937.50 | AH |
| ▶ Draft/revise<br>Edit/finalize brief to Supreme Court | 1/4/2017 | 7.5 | $375.00 | $2,812.50 | AH |
| ▶ Research<br>Legal research re: First Amendment claim | 1/10/2017 | 2 | $375.00 | $750.00 | AH |
| ▶ Research<br>Research on First Amendment claims; review documents; draft opposition memo | 1/11/2017 | 7.5 | $375.00 | $2,812.50 | AH |
| ▶ Phone call<br>Phone call w/ client; review pleadings, docs; draft opp memo | 1/12/2017 | 5.5 | $375.00 | $2,062.50 | AH |
| ▶ Time<br>Phone call w client | 1/13/2017 | 0.7 | $375.00 | $262.50 | AH |
| ▶ Research<br>Research on First Amendment claims | 1/14/2017 | 1.5 | $375.00 | $562.50 | AH |
| ▶ Draft/revise<br>Draft opp to sj | 1/15/2017 | 0.9 | $375.00 | $337.50 | AH |

Ex. C - 003

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|-------|-----------|
| ▶ Draft/revise<br>Draft opposition to summary judgment; phone call w/ client | 1/16/2017 | 3.1 | $375.00 | $1,162.50 | AH |
| ▶ Draft/revise<br>Draft opposition to motion for summary judgment | 1/17/2017 | 8.5 | $375.00 | $3,187.50 | AH |
| ▶ Draft/revise<br>Revise federal complaint; draft state complaint | 3/21/2017 | 1.9 | $375.00 | $712.50 | AH |
| ▶ Phone call<br>Phone call w/ client | 3/21/2017 | 0.6 | $375.00 | $225.00 | AH |
| ▶ Draft/revise<br>Draft reply brief | 4/12/2017 | 4.9 | $375.00 | $1,837.50 | AH |
| ▶ Draft/revise<br>Edit reply brief | 4/13/2017 | 2.1 | $375.00 | $787.50 | AH |
| ▶ Review/analyze<br>Review decision on First Amendment | 8/14/2017 | 0.6 | $375.00 | $225.00 | AH |
| ▶ Review/analyze<br>Review pleadings for S Ct argument | 9/12/2017 | 0.5 | $375.00 | $187.50 | AH |
| ▶ Plan and prepare for<br>Prepare for oral argument | 9/14/2017 | 4.3 | $375.00 | $1,612.50 | AH |

Ex. C - 004

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|-------|-----------|
| ▶ Plan and prepare for<br>Prep for oral argument | 9/14/2017 | 6.5 | $375.00 | $2,437.50 | AH |
| ▶ Plan and prepare for<br>Prep for oral argument | 9/14/2017 | 6.5 | $375.00 | $2,437.50 | AH |
| ▶ Plan and prepare for | 9/14/2017 | 6.5 | $375.00 | $2,437.50 | AH |
| ▶ Appear for/attend | 9/15/2017 | 1.7 | $375.00 | $637.50 | AH |
| ▶ Draft/revise<br>Review U policies; edit state complaint | 11/9/2017 | 0.8 | $375.00 | $300.00 | AH |
| ▶ Draft/revise<br>Edit state complaint, email client | 11/13/2017 | 0.8 | $375.00 | $300.00 | AH |
| ▶ Phone call<br>Phone call w/ client; edit, file complaint | 11/15/2017 | 0.3 | $375.00 | $112.50 | AH |
| ▶ Draft/revise<br>Draft/send waiver of service form;<br>review SCt decision; phone call w/<br>client; email oc | 1/23/2018 | 0.6 | $375.00 | $225.00 | AH |
| ▶ Phone call<br>Phone calls w/ Densley, client; review<br>emails from client | 1/30/2018 | 0.7 | $375.00 | $262.50 | AH |
| ▶ Phone call<br>Phone call w/ Judy; email to Densley | 2/1/2018 | 0.5 | $375.00 | $187.50 | AH |

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|-------|-----------|
| ▶ Draft/revise<br>Draft response to sj in state case | 4/3/2018 | 1.5 | $375.00 | $562.50 | AH |
| ▶ Phone call<br>Phone calls w/ opp counsel, client; attend status conference; draft opp to msj re: contract claim | 4/6/2018 | 3.8 | $375.00 | $1,425.00 | AH |
| ▶ Draft/revise<br>Draft opposition to sj in state case | 4/6/2018 | 9.5 | $375.00 | $3,562.50 | AH |
| ▶ Draft/revise<br>Edit second amended complaint to incorporate all prior rulings | 4/12/2018 | 0.8 | $375.00 | $300.00 | AH |
| ▶ Review/analyze<br>Review Defs msj | 4/26/2018 | 0.5 | $375.00 | $187.50 | AH |
| ▶ Draft/revise<br>Draft motion to strike | 4/27/2018 | 1.8 | $375.00 | $675.00 | AH |
| ▶ Review/analyze<br>Review Defs msj | 5/1/2018 | 0.5 | $375.00 | $187.50 | AH |
| ▶ Draft/revise<br>Draft supplemental brief | 5/1/2018 | 0.3 | $375.00 | $112.50 | AH |
| ▶ Draft/revise<br>Draft supplemental brief | 5/3/2018 | 0.7 | $375.00 | $262.50 | AH |

Ex. C - 006

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|-------|-----------|
| ▶ Review/analyze<br>Review materials re: Utah Constitution at law library | 5/3/2018 | 0.9 | $375.00 | $337.50 | AH |
| ▶ Review/analyze<br>Review materials on Constitution at Marriott Library; draft/edit supplemental brief | 5/4/2018 | 7.3 | $375.00 | $2,737.50 | AH |
| ▶ Draft/revise<br>Draft reply re: motion to strike | 5/29/2018 | 3.7 | $375.00 | $1,387.50 | AH |
| ▶ Phone call<br>Phone calls w/ opp counsel, client; review stipulation re withdrawal of arguments | 6/20/2018 | 0.7 | $375.00 | $262.50 | AH |
| ▶ Research<br>Review msj; research 1983 claims against state, officials; pc w/ attorneys at S&S regarding issue; draft response to sj | 6/26/2018 | 3.5 | $375.00 | $1,312.50 | AH |
| ▶ Review/analyze<br>Review msj re: Rehab Act, prior filings, depositions; phone call w/ client | 6/27/2018 | 3.2 | $375.00 | $1,200.00 | AH |
| ▶ Draft/revise<br>Draft, edit opposition to sj re: 1983 issue | 6/28/2018 | 2.5 | $375.00 | $937.50 | AH |

Ex. C - 007

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|
| ▶ Draft/revise<br>Draft supplemental brief | 7/1/2018 | 2.8 | $375.00 | $1,050.00 | AH |
| ▶ Draft/revise<br>Legal research re: Spackman elements; draft and edit supplemental brief; phone call w/ client re: litigation strategies | 7/2/2018 | 2.8 | $375.00 | $1,050.00 | AH |
| ▶ Phone call<br>Phone calls w/ client; review pretrial disclosures; start reviewing, compiling exhibits for trial; draft jury instructions; schedule all deadlines | 7/6/2018 | 4.2 | $375.00 | $1,575.00 | AH |
| ▶ Phone call<br>Phone call w/ client; review depos, documents for trial | 7/7/2018 | 0.7 | $375.00 | $262.50 | AH |
| ▶ Review/analyze<br>Review exhibits; draft exhibit list; review depo transcripts | 7/8/2018 | 4.5 | $375.00 | $1,687.50 | AH |
| ▶ Review/analyze<br>Review documents; draft exhibit list | 7/9/2018 | 7.5 | $375.00 | $2,812.50 | AH |
| ▶ Review/analyze<br>Review exhibits; create trial exhibit list | 7/10/2018 | 5.8 | $375.00 | $2,175.00 | AH |
| ▶ Email<br>Emails w/ oc about documents, dropping religious discrimination claim | 7/11/2018 | 0.3 | $375.00 | $112.50 | AH |

Ex. C - 008

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|
| ▶ Draft/revise<br>Review, draft jury instructions | 7/15/2018 | 2.2 | $375.00 | $825.00 | AH |
| ▶ Review/analyze<br>Draft, review, edit jury instructions, verdict form; emails to/from oc, client re: Randall depo, instructions | 7/16/2018 | 5.3 | $375.00 | $1,987.50 | AH |
| ▶ Phone call<br>Phone call w/ Rod Larson; review court's decisions; pc w/ client; emails w/ oc re: witnesses; review Pickens depo | 7/17/2018 | 1.5 | $375.00 | $562.50 | AH |
| ▶ Phone call<br>Email oc re: Rod Larson depo; phone calls w/ client re: witnessses | 7/18/2018 | 1.1 | $375.00 | $412.50 | AH |
| ▶ Review/analyze<br>Review our exhibits, put in chron order; draft notes for MIL meeting; phone conference w/ oc re: MILs; pc w/ client | 7/19/2018 | 2.8 | $375.00 | $1,050.00 | AH |
| ▶ Review/analyze<br>Review, respond to email from opp counsel; review Defs' proposed trial exhibits; draft emails re: OEO evidence and authenticity of docs; review Amy Henderson depo | 7/20/2018 | 3.2 | $375.00 | $1,200.00 | AH |
| ▶ Meeting<br>Prep for, meet w/ Amy Henderson | 7/21/2018 | 3.3 | $375.00 | $1,237.50 | AH |

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|-------|-----------|
| **Draft/revise** <br> Draft motions in limine; review rules of evidence; phone calls w/ client re: additional docs needed for exhibits | 7/23/2018 | 3.8 | $375.00 | $1,425.00 | AH |
| **Phone call** <br> Phone call w/ client re: witnesses; review stipulation from oc, propose changes | 7/26/2018 | 0.8 | $375.00 | $300.00 | AH |
| **Phone call** <br> Phone calls w/ client, opp counsel re: exhibits, witnesses; draft updated witness list | 7/27/2018 | 2.1 | $375.00 | $787.50 | AH |
| **Phone call** <br> Phone call w/ client | 7/28/2018 | 0.5 | $375.00 | $187.50 | AH |
| **Draft/revise** <br> Draft oppositions to motions in limine; meet w/ Katie re: research projects; phone conference with oc re: jury instructions; pc w/ client re: info for motions | 7/30/2018 | 14.5 | $375.00 | $5,437.50 | AH |
| **Research** <br> Research trial/evidentiary issues | 7/30/2018 | 7 | $95.00 | $665.00 | KP |
| **Review/analyze** <br> Phone call w/ Larson, set up depo; amend exhibit list; draft voir dire; find missing docs in Defs exhibits; pc w/ client | 7/31/2018 | 4.2 | $375.00 | $1,575.00 | AH |

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|-------|-----------|
| ▶ **Phone call**<br>Phone calls setting up depo in Houston; phone calls w/ client; phone calls to witnesses; meetings w/ Katie re: jury instruction objections | 8/1/2018 | 0.8 | $375.00 | $300.00 | AH |
| ▶ **Review/analyze**<br>Review, research, and draft objections to Defs jury instructions | 8/1/2018 | 4.5 | $95.00 | $427.50 | KP |
| ▶ **Research**<br>Research re: punitive damage instructions | 8/2/2018 | 6.5 | $95.00 | $617.50 | KP |
| ▶ **Phone call**<br>Phone calls w/ witnesses; discuss jury instructions w/ Katie; draft subpoenas | 8/2/2018 | 2.5 | $375.00 | $937.50 | AH |
| ▶ **Draft/revise**<br>Drafting, researching jury instruction objections | 8/3/2018 | 3.5 | $95.00 | $332.50 | KP |
| ▶ **Research**<br>Research, draft trial briefd | 8/3/2018 | 3 | $95.00 | $285.00 | KP |
| ▶ **Phone call**<br>Phone calls w/ witnesses; pc w/ client; review exhibits; draft subpoenas; emails w/ opp counsel, witnesses; discuss jury instructions w/ Katie | 8/3/2018 | 4.5 | $375.00 | $1,687.50 | AH |

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|
| ▶ Plan and prepare for<br>Prep for trial: review objections re: jury instructions; review depo transcripts | 8/5/2018 | 2 | $375.00 | $750.00 | AH |
| ▶ Phone call<br>Phone calls (interview) w/ Larson, test deposition equipment; legal research; meetings w/ Katie re: trial brief; edit objections; prep for H. Randall depo | 8/6/2018 | 8 | $375.00 | $3,000.00 | AH |
| ▶ Draft/revise<br>Drafting trial brief; researching jury instructions | 8/6/2018 | 7 | $95.00 | $665.00 | KP |
| ▶ Review/analyze<br>Review Harper Randall depo, suggest excerpts for trial | 8/7/2018 | 3.5 | $95.00 | $332.50 | KP |
| ▶ Draft/revise<br>Draft trial brief | 8/7/2018 | 5 | $95.00 | $475.00 | KP |
| ▶ Meeting<br>Meeting w/ client; Harper Randall depo; pc w/ Ryan Randall; meeting w/ Katie | 8/7/2018 | 3.8 | $375.00 | $1,425.00 | AH |
| ▶ Email<br>Emails re: voir dire, instructions, emails re: witnesses | 8/7/2018 | 0.8 | $375.00 | $300.00 | AH |

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|-------|-----------|
| **▶ Plan and prepare for**<br>Prep for trial (review court's order; interview w/ Larson; review, respond to emails from opp counsel; phone calls w/ client; meetings w/ Katie; edit trial brief) | 8/8/2018 | 5.9 | $375.00 | $2,212.50 | AH |
| **▶ Draft/revise**<br>Research, draft trial brief | 8/8/2018 | 7.5 | $95.00 | $712.50 | KP |
| **▶ Draft/revise**<br>Draft reply re: jury instructions; review Zimmerman depo | 8/9/2018 | 6.3 | $95.00 | $598.50 | KP |
| **▶ Phone call**<br>Phone calls w/ witnesses; prep for Larson depo | 8/9/2018 | 4.2 | $375.00 | $1,575.00 | AH |
| **▶ Appear for/attend**<br>Attend Rod Larson depo; draft reply re: jury instructions | 8/10/2018 | 5 | $95.00 | $475.00 | KP |
| **▶ Deposition**<br>Deposition of Rod Larson; meeting w/ client | 8/10/2018 | 2.5 | $375.00 | $937.50 | AH |
| **▶ Plan and prepare for**<br>Review McMahon depo | 8/11/2018 | 3 | $375.00 | $1,125.00 | AH |
| **▶ Review/analyze**<br>Review McMahon Deposition; phone call w/ client; file exhibits re: MIL2 | 8/12/2018 | 2.5 | $375.00 | $937.50 | AH |

Ex. C - 013

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|-------|-----------|
| ▶ Plan and prepare for<br>Trial prep: review Stillman's depo | 8/12/2018 | 1.1 | $375.00 | $412.50 | AH |
| ▶ Plan and prepare for<br>Trial prep: phone calls w/ witnesses, client; review McMahon's deposition | 8/13/2018 | 10.5 | $375.00 | $3,937.50 | AH |
| ▶ Review/analyze<br>Organizing and marking exhibit binder; reviewing depos | 8/13/2018 | 5.5 | $95.00 | $522.50 | KP |
| ▶ Review/analyze<br>Reviewing depos; organizing and reviewing exhibits; pretrial hearing | 8/14/2018 | 6.5 | $95.00 | $617.50 | KP |
| ▶ Plan and prepare for<br>Prep for, attend pretrial hearing; meeting w/ client; research, emails w/ oc re: ex parte contacts w/ witness; review docs for interviews w/ witnesses | 8/14/2018 | 8.5 | $375.00 | $3,187.50 | AH |
| ▶ Plan and prepare for<br>Meetings with Babitz, Sperry; draft motion re: Gray testimony; emails w/ witnesses; review exhibits, prep witness exams | 8/15/2018 | 8.5 | $375.00 | $3,187.50 | AH |
| ▶ Review/analyze<br>Reviewing depos, Defendants' exhibits | 8/15/2018 | 7 | $95.00 | $665.00 | KP |

Ex. C. 014

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|-------|-----------|
| ▶ Review/analyze<br>Review Defs exhibits | 8/16/2018 | 6.3 | $95.00 | $598.50 | KP |
| ▶ Plan and prepare for<br>Prep for trial: pcs w/ client; draft witness exams; review depos | 8/16/2018 | 8.2 | $375.00 | $3,075.00 | AH |
| ▶ Plan and prepare for<br>Trial prep: meeting w/ McIntosh; pc with Satterfield; draft witness exams; review Defs exhibits for objections; discuss strategies w/ Katie; pcs w/ client | 8/17/2018 | 11 | $375.00 | $4,125.00 | AH |
| ▶ Research<br>Research evidentiary issues; review depos, exhibits | 8/17/2018 | 6 | $95.00 | $570.00 | KP |
| ▶ Draft/revise<br>Create timeline of events | 8/18/2018 | 1.5 | $95.00 | $142.50 | KP |
| ▶ Plan and prepare for<br>Trial prep | 8/18/2018 | 3.5 | $375.00 | $1,312.50 | AH |
| ▶ Plan and prepare for<br>prep for trial | 8/19/2018 | 12.5 | $375.00 | $4,687.50 | AH |
| ▶ Draft/revise<br>Creating power point slide of timeline | 8/19/2018 | 2.5 | $95.00 | $237.50 | KP |

Ex. C. 015

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|-------|-----------|
| ▶ Appear for/attend<br>Attend trial; Reviewing, highlighting depos; prepping exhibits | 8/20/2018 | 12.5 | $95.00 | $1,187.50 | KP |
| ▶ Plan and prepare for<br>Trial; Prep for next day | 8/20/2018 | 14.5 | $375.00 | $5,437.50 | AH |
| ▶ Plan and prepare for<br>Trial, prep for next day | 8/21/2018 | 16 | $375.00 | $6,000.00 | AH |
| ▶ Appear for/attend<br>Attend trial; prep exhibits, review depos | 8/21/2018 | 12 | $95.00 | $1,140.00 | KP |
| ▶ Appear for/attend<br>Trial; review depos for next day witnesses | 8/22/2018 | 9 | $95.00 | $855.00 | KP |
| ▶ Plan and prepare for<br>Trial; prep for next day | 8/22/2018 | 15 | $375.00 | $5,625.00 | AH |
| ▶ Plan and prepare for<br>Trial; prep for next day | 8/23/2018 | 13.5 | $375.00 | $5,062.50 | AH |
| ▶ Appear for/attend<br>Trial | 8/23/2018 | 8 | $95.00 | $760.00 | KP |
| ▶ Time<br>Trial; review and propose objections re: verdict form, jury instructions | 8/24/2018 | 9 | $95.00 | $855.00 | KP |

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|-------|-----------|
| ▶ Appear for/attend<br>Trial; meet w/ client; file objections; research re: trial docs | 8/24/2018 | 10.5 | $375.00 | $3,937.50 | AH |
| ▶ Plan and prepare for<br>Prep for trial; phone calls w/ client, Babitz | 8/25/2018 | 7.3 | $375.00 | $2,737.50 | AH |
| ▶ Draft/revise<br>Help with closing argument; create power point | 8/25/2018 | 6 | $95.00 | $570.00 | KP |
| ▶ Plan and prepare for<br>Meeting re: rebuttal; assist with closing; edit power point | 8/26/2018 | 8 | $95.00 | $760.00 | KP |
| ▶ Plan and prepare for<br>Trial prep | 8/26/2018 | 11.5 | $375.00 | $4,312.50 | AH |
| ▶ Plan and prepare for<br>Trial; prep for closing | 8/27/2018 | 17.5 | $375.00 | $6,562.50 | AH |
| ▶ Meeting<br>Meeting re: closing; assist w/ closing prep; edit power pt | 8/27/2018 | 11.5 | $95.00 | $1,092.50 | KP |
| ▶ Appear for/attend<br>Trial; meeting w/ client | 8/28/2018 | 8 | $95.00 | $760.00 | KP |

| ITEM | DATE ↑ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|-------|-----------|
| ▶ Appear for/attend<br>Prep for closing; trial; finalize opp to motion jmol | 8/28/2018 | 12.5 | $375.00 | $4,687.50 | AH |
| ▶ Appear for/attend<br>Appear for verdict; discussions between jury; meet w/ client | 8/29/2018 | 3.5 | $375.00 | $1,312.50 | AH |
| ▶ Appear for/attend<br>Attend verdict; meet with jurors; meeting w/ client | 8/29/2018 | 3.5 | $95.00 | $332.50 | KP |
| ▶ Phone call<br>Phone call w/ foreperson | 9/5/2018 | 1.2 | $375.00 | $450.00 | AH |
| ▶ Research<br>Searching discovery for docs privacy office used in determination; reading summary judgment/opp./reply | 9/10/2018 | 4.5 | $95.00 | $427.50 | KP |
| ▶ Email<br>Draft declaration in support of fee petition; email to Lisa Peck re: declaration | 9/13/2018 | 0.4 | $375.00 | $150.00 | AH |
| ▶ Review/analyze<br>Review, compile fees; draft motion/declaration | 9/18/2018 | 3.2 | $150.00 | $480.00 | AH |
| ▶ Draft/revise<br>Compile records for costs, attorney fees; draft/finalize motion, declaration | 9/19/2018 | 5.2 | $375.00 | $1,950.00 | AH |

| | ITEM | | DATE ↑ | | HRS. | | RATE | | TOTAL | | BILLED BY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 651.00 | | | | $191,297.00 USD | | | |