

# 2017 Real Rate Report® Snapshot

## The Industry's Leading Analysis of Law Firm Rates, Trends, and Practices



Wolters Kluwer



CEB is now Gartner.

# A Note on Comparability of Data

The data used for the *2017 Real Rate Report* include more than $9 billion in fees billed for legal services in the United States during the six-year period from 2014 to 2016. The data comprise fees paid by 106 companies to more than 4,620 law firms and more than 112,000 timekeepers. Table 1 provides a summary description of the US dataset.

In addition, we use a smaller subset of data to provide rate analyses for timekeepers outside of the United States. These data from the same three-year period included more than 10,000 lawyers across 80 countries.

The information is not based on surveys, sampling, or reviews of other published information but on anonymized data showing the actual hours and fees law firm personnel billed. Companies participating in this *Real Rate Report* analysis provided written consent for the use of their data. The data used to create this report exclude identifying information of participant companies and of the matters, timekeepers, and law firms billing on those companies' invoices. (For more information on the data methodology, see the Appendix.)

This dataset is large enough to provide valuable guidance and represents a statistically useful portion of the $339.3 billion annual US legal services business.[1] Am Law 100 firms alone had 2015 revenues of roughly $86.7 billion.[2] This dataset covers approximately 89,000 partners and associates—spread across more than 340 US metropolitan areas.

Again, this sample is large enough to have useful analytical power, but it certainly does not come close to covering all the lawyers in the United States who work for corporate clients. The US Bureau of Labor Statistics estimates there are more than 619,530 lawyers practicing in the United States—58,900 lawyers in the New York City area alone and another 41,520 in the Washington, DC, area.[3]

---

[1] Bureau of Economic Analysis, "Gross Output by Industry," 21 April 2017, https://www.bea.gov/iTable/iTable cfm?ReqID=51&step=1#reqid=51&step=51&isuri=1&5114=a&5102=15.
[2] "Choppy Seas for The Am Law 100," *The American Lawyer*, 1 May 2017, http://www.americanlawyer.com/id=1202784500051.
[3] Bureau of Labor Statistics, "Occupational Employment and Wages," May 2016, http://www.bls.gov/oes/current/oes231011.htm.

**Table 1:** Overview of the US Legal Fees Data Analyzed

| | |
|---|---|
| Fees Billed | $9.02 Billion (2014–2016) |
| US Law Firms | 4,620+ |
| Law Firm Associates | 48,500+ |
| Law Firm Partners | 41,160+ |
| Total Individual Billers | 112,100+ |
| Number of Invoice Line Items | 25.8 Million |
| Total Hours Billed | 23.9 Million |
| North American Metropolitan Areas | 348 |
| Number of Companies | 106 |
| Industries Represented | Basic Materials and Utilities, Consumer Goods, Consumer Services (Including Retail) Financial Services (Including Banking and Insurance), Health Care, Industrials, Technology and Telecommunications |

Source: Wolters Kluwer's ELM Solutions, Inc.; CEB analysis.

## Section I: High-Level Data Cuts
### Cities

**2016—Real Rates for Partners and Associates**  **Trend Analysis (Mean)**

| City | Role | n | First Quartile | Median | Third Quartile | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|---|---|---|
| New York, NY | Partner | 3,244 | $560.00 | $817.68 | $1,062.29 | $807.12 | $786.80 | $734.88 |
|  | Associate | 4,759 | $360.80 | $526.60 | $695.00 | $529.22 | $524.09 | $491.57 |
| Oklahoma City, OK | Partner | 49 | $201.83 | $275.42 | $335.00 | $283.30 | $273.80 | $262.25 |
|  | Associate | 28 | $175.00 | $185.00 | $215.00 | $197.46 | $186.72 | $175.27 |
| Omaha, NE | Partner | 47 | $228.00 | $274.47 | $350.00 | $285.49 | $297.39 | $262.22 |
|  | Associate | 42 | $158.00 | $178.00 | $203.37 | $187.52 | $191.54 | $190.17 |
| Orlando, FL | Partner | 108 | $298.10 | $403.44 | $557.23 | $437.35 | $424.52 | $372.14 |
|  | Associate | 91 | $220.00 | $255.00 | $305.00 | $276.97 | $276.20 | $252.08 |
| Philadelphia, PA | Partner | 980 | $400.00 | $560.00 | $715.00 | $563.91 | $536.13 | $508.11 |
|  | Associate | 1,199 | $261.00 | $325.00 | $420.51 | $342.72 | $332.73 | $311.53 |
| Phoenix, AZ | Partner | 203 | $300.00 | $354.14 | $455.00 | $379.23 | $382.86 | $358.57 |
|  | Associate | 141 | $205.00 | $255.00 | $300.00 | $263.45 | $208.97 | $184.75 |
| Pittsburgh, PA | Partner | 253 | $325.00 | $445.11 | $585.00 | $464.34 | $480.82 | $472.95 |
|  | Associate | 360 | $235.00 | $300.00 | $379.56 | $310.00 | $306.45 | $294.97 |
| Portland, ME | Partner | 54 | $205.00 | $311.96 | $418.49 | $330.76 | $310.83 | $288.22 |
|  | Associate | 28 | $180.00 | $189.48 | $251.01 | $214.42 | $208.55 | $204.04 |
| Portland, OR | Partner | 159 | $300.00 | $375.00 | $450.00 | $383.30 | $373.43 | $370.84 |
|  | Associate | 187 | $233.76 | $270.00 | $315.00 | $272.39 | $260.06 | $252.70 |
| Providence, RI | Partner | 31 | $205.70 | $300.00 | $425.00 | $350.46 | $301.01 | $313.92 |
|  | Associate | 26 | $175.00 | $212.50 | $235.00 | $217.97 | $199.01 | $192.21 |
| Raleigh, NC | Partner | 58 | $265.30 | $347.71 | $425.00 | $360.70 | $357.56 | $346.61 |
|  | Associate | 39 | $180.00 | $225.00 | $280.00 | $236.81 | $247.76 | $230.21 |
| Reno, NV | Partner | 13 | $310.82 | $475.00 | $504.00 | $438.91 | $336.86 | $350.32 |
|  | Associate | 9 | $185.00 | $250.00 | $325.00 | $264.84 | $258.18 | $260.49 |
| Richmond, VA | Partner | 173 | $300.00 | $434.70 | $645.00 | $467.47 | $461.70 | $437.71 |
|  | Associate | 178 | $230.00 | $327.24 | $378.30 | $320.60 | $318.97 | $301.89 |
| Riverside, CA | Partner | 22 | $290.33 | $300.00 | $304.93 | $302.06 | $305.33 | $275.86 |
|  | Associate | n/a | n/a | n/a | n/a | n/a | $267.74 | $236.98 |
| Rochester, NY | Partner | 34 | $250.00 | $360.00 | $375.00 | $332.39 | $348.51 | $339.04 |
|  | Associate | 28 | $197.50 | $250.00 | $277.86 | $240.27 | $227.43 | $237.64 |
| Sacramento, CA | Partner | 46 | $330.76 | $393.16 | $585.00 | $455.04 | $453.27 | $390.86 |
|  | Associate | 42 | $250.00 | $260.00 | $300.84 | $296.00 | $300.49 | $271.86 |
| Salt Lake City, UT | Partner | 91 | $270.00 | $335.77 | $431.20 | $351.24 | $332.17 | $316.96 |
|  | Associate | 38 | $180.00 | $215.00 | $270.00 | $223.52 | $232.96 | $310.35 |
| San Antonio, TX | Partner | 18 | $256.50 | $325.00 | $440.00 | $363.76 | $301.79 | $351.42 |
|  | Associate | 7 | $224.30 | $225.00 | $240.00 | $230.61 | $237.96 | $255.67 |

© 2017 Gartner, Inc. and/or its affiliates. All rights reserved. GCR173551

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**2016—Real Rates for Partners and Associates**      **Trend Analysis (Mean)**

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|---|---|---|---|
| Rochester, NY | Litigation | Partner | 19 | $250.00 | $360.00 | $385.00 | $334.11 | $306.52 | $333.14 |
| | | Associate | 19 | $185.00 | $248.02 | $254.38 | $232.32 | $209.03 | $221.77 |
| | Non-Litigation | Partner | 22 | $246.26 | $307.50 | $369.23 | $314.66 | $384.78 | $341.20 |
| | | Associate | 13 | $200.00 | $275.00 | $300.00 | $278.60 | $254.67 | $251.41 |
| Sacramento, CA | Litigation | Partner | 27 | $337.17 | $385.00 | $522.75 | $422.80 | $419.47 | $378.63 |
| | | Associate | 30 | $240.00 | $259.23 | $305.37 | $287.61 | $276.02 | $254.79 |
| | Non-Litigation | Partner | 26 | $329.95 | $396.74 | $628.00 | $474.69 | $474.36 | $428.81 |
| | | Associate | 21 | $255.00 | $275.40 | $309.27 | $317.70 | $335.23 | $298.96 |
| Salt Lake City, UT | Litigation | Partner | 48 | $250.00 | $353.50 | $442.07 | $348.82 | $316.05 | $311.13 |
| | | Associate | 11 | $170.00 | $235.00 | $280.00 | $223.11 | $196.59 | $201.25 |
| | Non-Litigation | Partner | 52 | $275.00 | $327.50 | $382.40 | $343.39 | $344.62 | $320.96 |
| | | Associate | 26 | $190.00 | $206.02 | $258.05 | $221.40 | $242.52 | $355.12 |
| San Antonio, TX | Litigation | Partner | 12 | $245.00 | $312.50 | $370.40 | $335.93 | $280.44 | $322.61 |
| | | Associate | n/a | n/a | n/a | n/a | n/a | $209.38 | $239.90 |
| San Diego, CA | Litigation | Partner | 102 | $250.00 | $374.50 | $652.90 | $456.83 | $452.86 | $445.22 |
| | | Associate | 84 | $185.00 | $245.54 | $325.00 | $288.40 | $281.41 | $278.34 |
| | Non-Litigation | Partner | 95 | $325.00 | $455.00 | $770.19 | $532.30 | $532.27 | $542.74 |
| | | Associate | 77 | $185.00 | $250.00 | $390.00 | $305.49 | $352.75 | $354.55 |
| San Francisco, CA | Litigation | Partner | 307 | $290.00 | $531.63 | $759.00 | $541.22 | $543.74 | $548.12 |
| | | Associate | 279 | $240.00 | $316.00 | $475.00 | $370.50 | $363.85 | $364.08 |
| | Non-Litigation | Partner | 360 | $416.50 | $615.63 | $781.33 | $623.16 | $640.77 | $638.75 |
| | | Associate | 280 | $285.13 | $385.00 | $505.38 | $412.76 | $431.67 | $427.68 |
| San Jose, CA | Litigation | Partner | 52 | $565.00 | $779.25 | $910.00 | $742.48 | $717.96 | $633.71 |
| | | Associate | 44 | $392.50 | $440.00 | $585.00 | $467.91 | $390.78 | $398.71 |
| | Non-Litigation | Partner | 146 | $500.00 | $771.85 | $900.00 | $736.05 | $752.52 | $677.66 |
| | | Associate | 104 | $308.89 | $394.13 | $583.70 | $455.76 | $442.89 | $427.10 |
| San Juan, PR | Litigation | Partner | 35 | $181.79 | $210.00 | $248.89 | $213.14 | $208.85 | $212.36 |
| | | Associate | 45 | $126.40 | $145.00 | $160.00 | $146.92 | $142.92 | $143.57 |
| | Non-Litigation | Partner | 56 | $189.57 | $230.33 | $280.00 | $230.58 | $220.76 | $228.37 |
| | | Associate | 38 | $140.00 | $150.00 | $169.97 | $157.44 | $152.21 | $152.70 |
| Seattle, WA | Litigation | Partner | 124 | $345.17 | $417.76 | $490.00 | $418.96 | $413.94 | $418.33 |
| | | Associate | 94 | $239.69 | $273.72 | $333.11 | $290.34 | $294.56 | $286.21 |
| | Non-Litigation | Partner | 252 | $360.50 | $460.78 | $519.93 | $449.26 | $457.39 | $429.84 |
| | | Associate | 176 | $240.19 | $284.37 | $355.00 | $301.43 | $310.64 | $298.33 |

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

### 2016—Real Rates for Partners / Trend Analysis (Mean)

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Portland, ME | Fewer Than 21 Years | 13 | $205.00 | $290.00 | $360.00 | $283.46 | $279.62 | $272.87 |
| | 21 or More Years | 31 | $206.82 | $376.63 | $452.62 | $372.17 | $320.96 | $296.01 |
| Portland, OR | Fewer Than 21 Years | 63 | $300.00 | $363.21 | $400.00 | $361.63 | $350.82 | $344.88 |
| | 21 or More Years | 69 | $365.00 | $424.90 | $490.00 | $424.33 | $415.94 | $419.00 |
| Providence, RI | Fewer Than 21 Years | n/a | n/a | n/a | n/a | n/a | $240.54 | n/a |
| | 21 or More Years | 15 | $250.00 | $335.00 | $605.00 | $395.58 | $331.66 | $313.60 |
| Raleigh, NC | Fewer Than 21 Years | 29 | $285.00 | $330.00 | $354.79 | $343.14 | $328.33 | $302.97 |
| | 21 or More Years | 24 | $303.90 | $404.67 | $468.75 | $396.05 | $394.88 | $394.16 |
| Richmond, VA | Fewer Than 21 Years | 64 | $300.00 | $417.50 | $607.50 | $457.35 | $422.03 | $390.97 |
| | 21 or More Years | 73 | $314.99 | $450.00 | $688.13 | $499.30 | $472.51 | $478.26 |
| Rochester, NY | Fewer Than 21 Years | 11 | $265.00 | $361.13 | $375.00 | $343.28 | $348.26 | $336.34 |
| | 21 or More Years | 20 | $248.80 | $277.93 | $372.12 | $306.51 | $349.57 | $343.94 |
| Sacramento, CA | Fewer Than 21 Years | 14 | $345.06 | $405.23 | $553.65 | $441.18 | $471.91 | $362.76 |
| | 21 or More Years | 27 | $350.00 | $430.00 | $610.00 | $490.73 | $475.32 | $418.90 |
| Salt Lake City, UT | Fewer Than 21 Years | 45 | $270.00 | $298.74 | $395.00 | $330.94 | $312.48 | $291.86 |
| | 21 or More Years | 39 | $316.00 | $370.00 | $480.00 | $387.58 | $362.13 | $349.65 |
| San Antonio, TX | Fewer Than 21 Years | n/a | n/a | n/a | n/a | n/a | n/a | $303.98 |
| | 21 or More Years | 10 | $250.00 | $325.00 | $440.00 | $364.96 | $306.71 | $368.81 |
| San Diego, CA | Fewer Than 21 Years | 69 | $325.00 | $485.00 | $695.31 | $513.57 | $522.21 | $503.79 |
| | 21 or More Years | 73 | $315.00 | $395.00 | $762.53 | $520.88 | $494.69 | $493.13 |
| San Francisco, CA | Fewer Than 21 Years | 192 | $342.00 | $545.00 | $712.00 | $554.51 | $587.26 | $555.20 |
| | 21 or More Years | 287 | $400.00 | $650.00 | $800.00 | $626.38 | $622.94 | $591.43 |
| San Jose, CA | Fewer Than 21 Years | 63 | $537.88 | $769.47 | $835.08 | $743.01 | $719.59 | $659.00 |
| | 21 or More Years | 84 | $613.00 | $821.88 | $962.15 | $801.80 | $823.55 | $736.44 |
| San Juan, PR | Fewer Than 21 Years | 11 | $165.00 | $189.14 | $194.71 | $192.71 | $178.31 | $184.03 |
| | 21 or More Years | 9 | $249.02 | $250.00 | $309.89 | $266.10 | $289.35 | $285.15 |
| Seattle, WA | Fewer Than 21 Years | 109 | $319.82 | $383.00 | $453.37 | $393.61 | $398.21 | $372.06 |
| | 21 or More Years | 171 | $400.00 | $470.92 | $538.44 | $469.21 | $465.92 | $448.98 |
| St. Louis, MO | Fewer Than 21 Years | 87 | $250.00 | $328.00 | $400.00 | $325.10 | $330.54 | $336.30 |
| | 21 or More Years | 118 | $288.00 | $395.15 | $475.00 | $385.62 | $392.54 | $387.10 |
| Syracuse, NY | Fewer Than 21 Years | 16 | $187.50 | $220.00 | $275.00 | $231.79 | $244.59 | $233.24 |
| | 21 or More Years | 24 | $240.00 | $315.43 | $366.01 | $303.68 | $293.52 | $295.09 |
| Tallahassee, FL | Fewer Than 21 Years | 7 | $225.00 | $390.00 | $485.00 | $367.71 | $340.71 | $312.80 |
| | 21 or More Years | 13 | $420.00 | $465.00 | $577.13 | $510.10 | $528.96 | $451.07 |
| Tampa, FL | Fewer Than 21 Years | 43 | $275.00 | $335.00 | $405.00 | $328.92 | $327.52 | $327.88 |
| | 21 or More Years | 68 | $295.00 | $396.47 | $492.50 | $406.11 | $415.82 | $386.46 |

34 Real Rate Report Snapshot | 2017

wkelmsolutions.com
gartner.com/ceb

© 2017 Gartner, Inc. and/or its affiliates. All rights reserved. GCR173551

# Section III: Practice Area Analysis

## Commercial
By City

### 2016—Real Rates for Partners and Associates — Trend Analysis (Mean)

| City | Role | n | First Quartile | Median | Third Quartile | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Portland, OR | Partner | 32 | $325.00 | $392.00 | $467.60 | $398.48 | $379.78 | $359.94 |
| | Associate | 63 | $232.00 | $270.00 | $316.04 | $272.76 | $261.82 | $240.43 |
| Richmond, VA | Partner | 19 | $300.00 | $350.00 | $595.00 | $437.86 | $531.07 | $491.55 |
| | Associate | 21 | $295.00 | $330.00 | $395.00 | $333.08 | $379.77 | $311.42 |
| Salt Lake City, UT | Partner | 16 | $295.03 | $402.38 | $498.17 | $396.65 | $412.97 | $360.43 |
| | Associate | 7 | $170.00 | $205.00 | $280.00 | $220.68 | n/a | $204.79 |
| San Diego, CA | Partner | 10 | $340.00 | $742.84 | $819.00 | $605.85 | $559.14 | $616.42 |
| | Associate | n/a | n/a | n/a | n/a | n/a | $383.83 | $394.84 |
| San Francisco, CA | Partner | 60 | $472.50 | $616.69 | $740.24 | $619.73 | $600.28 | $598.63 |
| | Associate | 36 | $350.50 | $445.54 | $546.50 | $478.96 | $438.04 | $418.59 |
| San Jose, CA | Partner | 20 | $648.38 | $759.25 | $840.22 | $715.10 | $707.27 | $595.29 |
| | Associate | 7 | $160.00 | $415.00 | $437.75 | $345.39 | $437.57 | $405.14 |
| San Juan, PR | Partner | 14 | $190.00 | $205.00 | $240.00 | $218.99 | $243.22 | $235.62 |
| | Associate | 10 | $145.00 | $150.00 | $165.00 | $153.14 | $151.97 | $152.90 |
| Seattle, WA | Partner | 72 | $371.00 | $430.50 | $490.00 | $433.22 | $448.78 | $442.16 |
| | Associate | 48 | $247.47 | $282.00 | $345.84 | $303.53 | $295.71 | $313.09 |
| St. Louis, MO | Partner | 23 | $420.00 | $440.00 | $475.00 | $448.26 | $433.42 | $418.59 |
| | Associate | 7 | $232.00 | $275.00 | $300.00 | $261.71 | $272.25 | $249.12 |
| Tampa, FL | Partner | 10 | $250.00 | $372.50 | $475.00 | $375.10 | $441.56 | $374.80 |
| | Associate | n/a | n/a | n/a | n/a | n/a | $300.99 | $266.24 |
| Washington, DC | Partner | 346 | $587.25 | $706.50 | $845.10 | $728.84 | $695.64 | $699.77 |
| | Associate | 252 | $357.93 | $437.77 | $516.58 | $451.30 | $432.15 | $442.37 |

# Section III: Practice Area Analysis

## Labor and Employment
By Years of Experience and Matter Type

### 2016—Real Rates for Partners

Trend Analysis (Mean)

| Years of Experience | Matter Type | n | First Quartile | Median | Third Quartile | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Fewer Than 21 Years | Litigation | 482 | $330.03 | $420.83 | $595.00 | $478.70 | $456.98 | $391.34 |
| | Non-Litigation | 524 | $350.00 | $440.00 | $597.69 | $496.31 | $484.33 | $468.93 |
| 21 or More Years | Litigation | 710 | $387.45 | $500.00 | $685.00 | $549.17 | $503.40 | $462.82 |
| | Non-Litigation | 822 | $400.00 | $523.37 | $688.00 | $567.93 | $546.36 | $539.14 |

### 2016—Real Rates for Associates

Trend Analysis (Mean)

| Years of Experience | Matter Type | n | First Quartile | Median | Third Quartile | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Fewer Than 3 Years | Litigation | 102 | $260.16 | $330.00 | $405.00 | $349.70 | $339.89 | $300.23 |
| | Non-Litigation | 82 | $265.00 | $309.40 | $360.00 | $315.81 | $311.61 | $285.20 |
| 3 to Fewer Than 7 Years | Litigation | 299 | $264.00 | $335.00 | $505.00 | $396.84 | $370.04 | $333.01 |
| | Non-Litigation | 233 | $270.00 | $315.00 | $415.00 | $357.10 | $362.08 | $353.89 |
| 7 and More Years | Litigation | 350 | $280.00 | $360.68 | $476.00 | $397.39 | $363.14 | $339.05 |
| | Non-Litigation | 354 | $285.00 | $350.00 | $460.00 | $398.89 | $397.39 | $390.85 |

# Section III: Practice Area Analysis

## Labor and Employment
By Firm Size and Matter Type

### 2016—Real Rates for Partners and Associates — Trend Analysis (Mean)

| Firm Size | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|---|---|---|---|
| 50 Lawyers or Fewer | Litigation | Partner | 179 | $250.00 | $315.00 | $400.00 | $343.94 | $319.32 | $298.72 |
| | | Associate | 148 | $187.50 | $250.00 | $322.49 | $259.52 | $232.51 | $219.69 |
| | Non-Litigation | Partner | 161 | $250.00 | $331.88 | $440.36 | $372.40 | $376.18 | $380.73 |
| | | Associate | 106 | $175.00 | $230.00 | $294.50 | $239.14 | $289.16 | $293.01 |
| 51-200 Lawyers | Litigation | Partner | 151 | $290.93 | $370.00 | $454.41 | $393.51 | $377.24 | $305.57 |
| | | Associate | 115 | $216.00 | $265.07 | $315.00 | $274.45 | $255.44 | $221.43 |
| | Non-Litigation | Partner | 204 | $329.25 | $396.50 | $531.00 | $446.12 | $429.33 | $414.60 |
| | | Associate | 148 | $216.00 | $275.00 | $349.50 | $298.88 | $285.10 | $273.45 |
| 201-500 Lawyers | Litigation | Partner | 312 | $378.50 | $469.62 | $676.30 | $508.28 | $453.83 | $391.02 |
| | | Associate | 263 | $275.00 | $325.00 | $450.00 | $369.18 | $302.14 | $272.65 |
| | Non-Litigation | Partner | 325 | $350.00 | $420.75 | $500.00 | $443.77 | $438.45 | $429.98 |
| | | Associate | 185 | $255.00 | $285.26 | $330.00 | $309.97 | $291.77 | $287.01 |
| 501-1,000 Lawyers | Litigation | Partner | 508 | $375.00 | $489.38 | $637.00 | $540.33 | $515.32 | $489.04 |
| | | Associate | 523 | $265.00 | $330.00 | $475.00 | $385.60 | $365.68 | $364.12 |
| | Non-Litigation | Partner | 532 | $414.18 | $519.47 | $679.64 | $576.02 | $563.65 | $555.58 |
| | | Associate | 428 | $285.00 | $345.00 | $427.11 | $377.87 | $388.72 | $381.74 |
| More Than 1,000 Lawyers | Litigation | Partner | 244 | $604.50 | $727.58 | $860.00 | $731.24 | $708.13 | $671.05 |
| | | Associate | 394 | $362.00 | $450.00 | $545.00 | $453.62 | $445.90 | $418.43 |
| | Non-Litigation | Partner | 332 | $549.99 | $698.14 | $861.60 | $722.50 | $703.07 | $664.75 |
| | | Associate | 357 | $315.00 | $400.00 | $495.00 | $432.40 | $474.43 | $457.11 |